# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, | ) Civil Case No. 13-00993 (RJL) |
| Plaintiff, | ) |
| v. | ) |
| S.M.R. JEWELL, *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Solenex, LLC, by and through its undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on its claims of unreasonable delay because there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law. Support for this Motion is contained in Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, both of which are filed concurrently herewith.

DATED this 7th day of July 2014.

Respectfully submitted,

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
lechner@mountainstateslegal.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing using this Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ Steven J. Lechner
Steven J. Lechner