# Exhibit 1

East Glacier Park, Montana
March 28, 1988

TO: Senator Melcher
Senator Baucus
Representative Williams
Representative Marlenee

    Enclosed are copies of the Treaty of 1855 and Agreement for sale of the Ceded Strip (see page 25). I hope they will be helpful to you in making the right decisions.

    The approximately 309 signers of this Agreement, of which my father Big Spring, was one, did not consider this land (the Ceded Strip) as sacred, as some of my people are now claiming in order to strengthen their claim on it! Or, it would have been documented as such (see page 26).

    It seems like not only my Tribe but all Tribes in general are preying on the people of the United States to gain rights they were not granted either by Treaties or Agreements.

Sincerely,

William F. Big Spring, Sr.
Box 128
East Glacier Park, MT  59434

Encl.

NOTE: The Ceded Strip was purchased for the minerals - Refer to Felix S. Cohen's Original Documents dated April 1950, Washington, D. C. - Page 33.

003533