IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, | ) Civil Case No. 13-00993 (RJL) |
| Plaintiff, | ) |
| v. | ) |
| S.M.R. JEWELL, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS**

Pursuant to LCvR. 7(h)(1), Plaintiff, Solenex LLC, hereby responds to Defendants' Statement of Material Facts, Doc. 32-1.

For purposes of Defendants' Motion for Summary Judgment only, Solenex does not dispute the facts set forth by Defendants to the extent those facts are not inconsistent with the facts set forth in Solenex's Statement of Material Facts. *See* Doc. 24-2. In addition, to the extent that Defendants mischaracterize what is contained in a document, Solenex submits that the document speaks for itself and is the best evidence of its contents.

DATED this 22nd day of September 2014.

Respectfully submitted,

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
lechner@mountainstateslegal.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2014, I electronically filed the foregoing using this Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ Steven J. Lechner
Steven J. Lechner
