IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 13-993-RJL |
| ) | |
| S.M.R. JEWELL, Secretary ) | |
| U. S. Department of the Interior, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO
AMEND SCEDULING ORDER**

Pursuant to Fed. R. Civ. P. 7, Federal Defendants S.R.M. Jewell, Secretary, United States Department of the Interior, *et al.*, move for an amendment of the Scheduling Order entered on June 27, 2016 (ECF No. 82). It has taken longer than anticipated for Federal Defendants to gather and insure that the relevant documents from all levels of the Department of the Interior have been included in the Administrative Record. The schedule proposed by Federal Defendants will result in briefing that will be complete on the same date as under the current Scheduling Order, December 1, 2016. Federal Defendants move for the following modifications to the schedule:

1. July 8, 2016. Federal Defendants will file the final Index to the Administrative Record and will have provided the documents constituting the Administrative Record to Plaintiff's counsel by that date.

2. August 12, 2016. Plaintiff will file any motion seeking to complete or supplement the Administrative Record.

3. September 12, 2016. Plaintiff will file a Motion for Summary Judgment.

4. September 26, 2016.  Federal Defendants will file a Cross-motion and Response. (Same date as current Scheduling Order)

5. October 26, 2016.  Plaintiff will a Response and Reply.  (Same date as current Scheduling Order)

6. November 10, 2016.  Federal Defendants will file a Reply. (Same date as current Scheduling Order)

7. December 1, 2016.  Plaintiff will file a Joint Appendix. (Same date as current Scheduling Order)

Counsel for Defendants has conferred with Plaintiff's counsel regarding this motion and Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.  Plaintiff has provided the following statement of their position.  "Solenex cannot reasonably oppose Defendants' motion because Defendants' filing of the index and providing Solenex with the additional portions of the administrative record are necessary predicates for the expeditious resolution of Solenex's claims for relief.  Solenex, however, submits that Defendants' failure to comply this Court's June 27, 2016 Order, *see* Dkt. # 82, is further evidence of Defendants' recalcitrance.  *See* Dkt. # 52 at 2–3; *see also* Transcript of October 6, 2015 Status Conference 25:9–25:11 (this Court finding that Defendants have "been kicking the can down the road now for decades")."

WHEREFORE, Defendants respectively request that the Court enter an Order consistent with this motion.

Dated: July 5, 2016

        Respectfully submitted,

        JOHN C. CRUDEN
        Assistant Attorney General

/s/ Ruth Ann Storey
Ruth Ann Storey
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0493
ruth.ann.storey@usdoj.gov

Counsel of Record for Defendants