# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 13-00993 (RJL) |
| v. | ) |
| | ) |
| SALLY JEWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE REGARDING DEFENDANTS' ADMINISTRATIVE RECORD

On August 12, 2016, this Court entered a Minute Order granting Plaintiff, Solenex LLC, to and including August 19, 2016, in which to move to complete/supplement the administrative record and/or for discovery beyond the administrative record.  In light of the additional documents that Defendants have provided to Solenex, the additional documents that Defendants intend to provide to Solenex, *see* Dkt. # 86, and in order to expeditiously reach the merits of this case, Solenex will not be filing any motions regarding Defendants' administrative record. That Solenex will not be filing any motions should not be construed as a concession or waiver by Solenex as to the adequacy/sufficiency of Defendants' administrative record.  *See Camp v. Pitts*, 411 U.S. 138, 143 (1973) (per curiam) (if the challenged decision "is not sustainable on the administrative record made" then the "decision must be vacated and the matter remanded" to the agency).

DATED this 19th day of August 2016.

        Respectfully submitted,

        /s/ Steven J. Lechner
        Steven J. Lechner, D.D.C. No. AZ 0001

MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of August 2016, I filed the foregoing document using the CM/ECF system, which caused counsel of record to be served electronically through this Court's CM/ECF system.

              /s/ Steven J. Lechner
              Steven J. Lechner