IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 13-cv-993-RJL |
| | ) |
| RYAN ZINKE, Secretary of the United | ) |
| States Department of the Interior, *et al.*, | ) |
| | ) |
| Federal Defendants. | ) |

**FEDERAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

1

Federal Defendants hereby respond to Plaintiff's May 31, 2017 Motion for Oral Argument and/or Expedited Consideration. ECF No. 121. Although Federal Defendants took no position on the motion, they file this response to request, should the Court decide to hear oral argument, that it consider dates other than July 21 to August 8, during which time undersigned counsel has prior commitments, both personal and official.

Respectfully submitted this 13th day of June, 2017.

> JEFFREY H. WOOD
> Acting Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
> */s/ John S. Most*
> JOHN S. MOST, Trial Attorney
> Natural Resources Section
> Virginia Bar No. 27176
> P.O. Box 7611
> Washington, D.C. 20044
> 202-616-3353 || 202-305-0506 (fax)
> John.Most@usdoj.gov
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *John S. Most*
JOHN S. MOST