IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 13-cv-993-RJL |
| RYAN ZINKE, Secretary of the United States Department of the Interior, *et al.*, | ) |
| | ) |
| Federal Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| BLACKFEET HEADWATERS ALLIANCE, *et al.*, | ) |
| | ) |
| Intervenor-Defendants. | ) |

**NOTICE OF APPEAL**

Please take notice that the Secretary of the Interior, the Secretary of Agriculture, the United States Bureau of Land Management, the United States Forest Service, and the other federal officials named as defendants in this case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's September 24, 2018 Memorandum Opinion, ECF No. 130, and its Order of the same date granting Plaintiff's motion for summary judgment, denying Federal Defendants' cross-motion for summary judgment, and ordering further relief.  ECF No. 131.

Respectfully submitted this 20th day of November, 2018.

JEAN E. WILLIAMS
Assistant Attorney General
United States Department of Justice

1

Environment and Natural Resources Div.

*/s/ John S. Most*
JOHN S. MOST, Trial Attorney
Natural Resources Section
Virginia Bar No. 27176
P.O. Box 7611
Washington, D.C. 20044
202-616-3353 || 202-305-0506 (fax)
John.Most@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2018, a copy of the foregoing was served by electronic means on all counsel of record by filing it in the Court's CM/ECF system.

                                                  /s/ *John S. Most*
                                                  JOHN S. MOST