IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOLENEX, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN ZINKE, et al.,<br><br>    Defendants,<br><br>and<br><br>PIKUNI TRADITIONALIST ASSOCIATION, et al.,<br><br>    Defendant-Intervenors. | Case No. 13-CV-993-RJL |

**NOTICE OF APPEAL BY DEFENDANT-INTERVENORS
PIKUNI TRADITIONALIST ASSOCIATION, ET AL.**

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(3), notice is hereby given that Pikuni Traditionalist Association, Blackfeet Headwaters Alliance, Glacier-Two Medicine Alliance, Montana Wilderness Association, National Parks Conservation Association, and The Wilderness Society, Defendant-Intervenors in Case No. 13-CV-993-RJL, hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order entered on September 24, 2018 (ECF Nos. 130 and 131).

Respectfully submitted this 20th day of November, 2018.

/s/ Timothy J. Preso
Timothy J. Preso (D.C. Bar No. 456531)
Earthjustice
313 E. Main St.
Bozeman, MT 59715
T: 406.586.9699
F: 406.586.9695
E: tpreso@earthjustice.org

*Attorney for Defendant-Intervenors Pikuni Traditionalist Association et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Timothy J. Preso
Timothy J. Preso