# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:13–cv–00993–RJL

SOLENEX LLC v. ZINKE et al

Assigned to: Judge Richard J. Leon

 Case:  1:17–cv–00609–RJL

 Case in other court:  USCA, 14–05193

Cause: 05:551 Administrative Procedure Act

**Plaintiff**

Date Filed: 06/28/2013
Date Terminated: 09/24/2018
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

| | | |
|---|---|---|
| **SOLENEX LLC** <br> *A Louisiana Limited Liability Company* | represented by | **William Perry Pendley** <br> MOUNTAIN STATES LEGAL FOUNDATION <br> 2596 South Lewis Way <br> Lakewood, CO 80227 <br> (303) 292–2021 <br> Fax: (303) 292–1980 <br> Email: wppendley@mountainstateslegal.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Jessica J. Spuhler** <br> MOUNTAIN STATES LEGAL FOUNDATION <br> 2596 South Lewis Way <br> Lakewood, CO 80227 <br> (303) 292–2021 <br> Fax: (303) 292–1980 <br> Email: jspuhler@mountainstateslegal.com <br> *TERMINATED: 12/20/2013* <br> *PRO HAC VICE* |
| | | **Steven James Lechner** <br> LAW OFFICE OF STEVEN J. LECHNER <br> 9830 Xavier Court <br> Westminster, CO 80031 <br> (720) 936–8363 <br> Email: steven.j.lechner@gmail.com <br> *TERMINATED: 05/10/2018* |

V.

**Defendant**

| | | |
|---|---|---|
| **S. M. R. JEWELL** <br> *Secretary, US Department of the Interior,* <br> *in her official capacity* <br> *TERMINATED: 05/22/2017* | represented by | **Clare Marie Boronow** <br> U.S. DEPARTMENT OF JUSTICE <br> Environment and Natural Resources <br> Division |

1

999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844–1362
Fax: (303) 844–1350
Email: clare.boronow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
DEPARTMENT OF JUSTICE
Land & Natural Resources Div.
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044–1420
(202) 616–3353
Fax: (202) 305–0506
Email: john.most@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
U.S. DEPARTMENT OF JUSTICE
ENRD
P.O. Box 7611
Washington, DC 20044–7611
(202) 305–0470
Email: marissa.piropato@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
Division
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044
(202) 305–0493
Fax: (202) 305–0506
Email: ruth.ann.storey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **MIKE POOL** | represented by | **Ruth Ann Storey** |
| *Acting Director, Bureau of Land* | | (See above for address) |
| *Management, in his official capacity* | | *LEAD ATTORNEY* |
| *TERMINATED: 05/05/2016* | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**JAMIE E. CONNELL**
*State Director, Montana State Office,*
*Bureau of Land Management, in his*
*official capacity*
*TERMINATED: 05/22/2017*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS J. VILSACK**
*Secretary, U.S. Department of*
*Agriculture, in his official capacity*
*TERMINATED: 05/22/2017*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TOM TIDWELL**
*Chief, U.S. Forest Service, in his official*
*capacity*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FAYE KRUEGER**                          represented by   **Ruth Ann Storey**
*Regional Forester, U.S. Forest Service –*                (See above for address)
*Region 1, in her official capacity*                      *LEAD ATTORNEY*
*TERMINATED: 05/05/2016*                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM AVEY**                          represented by   **Clare Marie Boronow**
*Forest Supervisor, Lewis and Clark*                      (See above for address)
*National Forest, in his official capacity*               *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John S. Most**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Marissa Ann Piropato**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ruth Ann Storey**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**CAROL SHULL**                           represented by   **Ruth Ann Storey**
*Interim Keeper, National Register, in her*               (See above for address)
*official capacity*                                       *LEAD ATTORNEY*
*TERMINATED: 05/05/2016*                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL CONNOR**                        represented by   **Clare Marie Boronow**
*Deputy Secretary, U.S. Department of the*                (See above for address)
*Interior*                                                *LEAD ATTORNEY*
*TERMINATED: 05/22/2017*                                  *ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **NEIL KORNZE** | represented by **Clare Marie Boronow** |
| *Director, Bureau of Land Management* | (See above for address) |
| *TERMINATED: 05/22/2017* | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **ADEN L. SEIDLITZ** | represented by **Clare Marie Boronow** |
| *Acting State Director, Montana State* | (See above for address) |
| *Office, Bureau of Land Management* | *LEAD ATTORNEY* |
| *TERMINATED: 05/22/2017* | *ATTORNEY TO BE NOTICED* |

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**LEANNE MARTEN**                    represented by    **Clare Marie Boronow**
*Regional Forester, U.S. Forest Service –*              (See above for address)
*Region 1*                                             *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John S. Most**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Ann Piropato**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ruth Ann Storey**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**STEPHANIE TOOTHMAN**               represented by    **Clare Marie Boronow**
*Keeper, National Register*                            (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John S. Most**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa Ann Piropato**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ruth Ann Storey**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**RYAN ZINKE**                       represented by    **Clare Marie Boronow**
*Secretary, U.S. Department of the*                    (See above for address)

Interior

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**GEORGE E. PERDUE, III**
*"Sonny," Secretary, U.S. Department of Agriculture*

represented by

**Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**JAMES E. CASON**
*Acting Deputy Secretary, U.S. Department of the Interior*

represented by

**Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**MICHAEL D. NEDD**
*Acting Director, BLM*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**JON RABY**
*Acting State Director, Montana and Dakotas State Office, BLM*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFREY H. WOOD**
*Acting Assistant Attorney General, U.S.*
*Department of Justice Environment and*
*Natural Resources Div.*

represented by **Clare Marie Boronow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Most**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Ann Piropato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**BLACKFEET HEADWATERS**
**ALLIANCE**

represented by **Timothy Joseph Preso**
EARTHJUSTICE
313 East Main Street
Bozeman, MT 59715
(406) 586−9699
Fax: (406) 586−9695
Email: tpreso@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aurora R. Janke**
OFFICE OF ATTORNEY GENERAL/WA
800 Fifth Avenue
Suite 2000
Seattle, WA 98104
(206) 233−3391
Email: ajanke@atg.wa.gov
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Intervenor Defendant**

**GLACIER−TWO MEDICINE**
**ALLIANCE**

represented by **Timothy Joseph Preso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Aurora R. Janke
(See above for address)
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Intervenor Defendant**

**MONTANA WILDERNESS ASSOCIATION**

represented by **Timothy Joseph Preso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Aurora R. Janke
(See above for address)
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Intervenor Defendant**

**NATIONAL PARKS CONSERVATION ASSOCIATION**

represented by **Timothy Joseph Preso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Aurora R. Janke
(See above for address)
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Intervenor Defendant**

**WILDERNESS SOCIETY**

represented by **Timothy Joseph Preso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Aurora R. Janke
(See above for address)
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Intervenor Defendant**

**PIKUNI TRADITIONALIST ASSOCIATION**

represented by **Timothy Joseph Preso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Aurora R. Janke
(See above for address)
*TERMINATED: 05/04/2018*
*PRO HAC VICE*

**Amicus**

| | | |
|---|---|---|
| **MONTANA PETROLEUM ASSOCIATION** | represented by | **James Wallace Porter , III** BRADLEY ARANT BOULT CUMMINGS LLP 1615 L Street, NW Suite 1350 Washington, DC 20036 (202) 719–8232 Fax: (202) 719–8332 Email: jporter@bradley.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **BLACKFEET TRIBE** | represented by | **Joel William West Williams** NATIVE AMERICAN RIGHTS FUND 1514 P Street, NW Washington, DC 20005 (202) 785–4166 Email: williams@narf.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Melody L. McCoy** NATIVE AMERICAN RIGHTS FUND 1506 Broadway Boulder, CO 80302 (303) 447–8760 Fax: (303) 443–7776 Email: mmccoy@narf.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA** | represented by | **James Wallace Porter , III** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/28/2013 | 1 | | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0090–3381865) filed by SOLENEX LLC. (Attachments: # 1 Summons Jewell Summons, # 2 Summons Pool Summons, # 3 Summons Connell Summons, # 4 Summons Vilsack Summons, # 5 Summons Tidwell Summons, # 6 Summons Krueger Summons, # 7 Summons Avey Summons, # 8 Summons Shull Summons, # 9 Summons Holder Summons, # 10 Summons Clerk Summons, # 11 Civil Cover Sheet Civil Cover Sheet)(Lechner, Steven) (Entered: 06/28/2013) |
| 06/28/2013 | 2 | | Corporate Disclosure Statement by SOLENEX LLC. (Lechner, Steven) (Entered: 06/28/2013) |

| 06/28/2013 | | | Case Assigned to Judge Richard J. Leon. (kb) (Entered: 07/01/2013) |
|---|---|---|---|
| 07/01/2013 | 3 | | ELECTRONIC SUMMONS (10) Issued as to WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, TOM VILSACK, U.S. Attorney and U.S. Attorney General. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Notice of Consent, # 11 Consent Form)(kb) (Entered: 07/01/2013) |
| 07/01/2013 | 4 | | STANDING ORDER. Signed by Judge Richard J. Leon on 7/1/13. (lcrjl1) (Entered: 07/01/2013) |
| 07/02/2013 | 5 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jessica J. Spuhler, :Firm– Mountain States Legal Foundation, :Address– 2596 S. Lewis Way, Lakewood, CO 80227. Phone No. – (303) 292–2021. Fax No. – (303) 292–1980 by SOLENEX LLC (Attachments: # 1 Declaration Spuhler Declaration, # 2 Text of Proposed Order Proposed Order Granting Motion)(Lechner, Steven) (Entered: 07/02/2013) |
| 07/23/2013 | | | MINUTE ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motion is GRANTED and that attorney Jessica J. Spuhler be, and hereby is, admitted pro hac vice in this case. Signed by Judge Richard J. Leon on 7/23/13. (lcrjl1) (Entered: 07/23/2013) |
| 07/31/2013 | 6 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WILLIAM AVEY served on 7/5/2013; JAMIE CONNELL served on 7/5/2013; SALLY JEWELL served on 7/10/2013; FAYE KRUEGER served on 7/5/2013; MIKE POOL served on 7/9/2013; CAROL SHULL served on 7/9/2013; SOLENEX LLC served on 6/28/2013; TOM TIDWELL served on 7/9/2013; TOM VILSACK served on 7/9/2013 (Attachments: # 1 Summons Pool Proof of Service, # 2 Summons Connell Proof of Service, # 3 Summons Vilsack Proof of Service, # 4 Summons Tidwell Proof of Service, # 5 Summons Krueger Proof of Service, # 6 Summons Avey Proof of Service, # 7 Summons Shull Proof of Service, # 8 Summons Holder Proof of Service, # 9 Summons US Attorney Proof of Service)(Spuhler, Jessica) (Entered: 07/31/2013) |
| 07/31/2013 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 7/10/2013., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/10/2013. ( Answer due for ALL FEDERAL DEFENDANTS by 9/8/2013.) (See Docket Entry 6 to view document). (znmw, ) (Entered: 08/01/2013) |
| 09/09/2013 | 8 | | ANSWER to Complaint by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, TOM VILSACK.(Storey, Ruth) (Entered: 09/09/2013) |
| 09/26/2013 | 9 | | MOTION to Intervene by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY (Attachments: # 1 Memorandum in Support, # 2 Exhibit FS Travel Plan, # 3 Exhibit Weaver excerpt, # 4 Exhibit Blackfeet |

| | | | |
|---|---|---|---|
| | | | Proclamation, # 5 Exhibit Vest article, # 6 Exhibit Blackfeet Letter, # 7 Exhibit Cunningham Letter, # 8 Exhibit Wilmoth Letter, # 9 Exhibit Lonnie Letter, # 10 Exhibit Bruno Decl, # 11 Exhibit Caruso−Hirst Decl, # 12 Exhibit Ferenstein Decl, # 13 Exhibit Flint Decl, # 14 Exhibit Sentz Decl, # 15 Exhibit Jamison Decl, # 16 Exhibit Perkins Decl, # 17 Exhibit Gladstone Decl, # 18 Exhibit Proposed Answer, # 19 Exhibit Corporate Disclosure Statement, # 20 Text of Proposed Order)(Preso, Timothy) (Entered: 09/26/2013) |
| 10/08/2013 | 10 | | First MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Intervene by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 10/08/2013) |
| 10/09/2013 | 11 | | Memorandum in opposition to re 10 First MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Intervene filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER−TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Preso, Timothy) (Entered: 10/09/2013) |
| 10/10/2013 | 12 | | REPLY to opposition to motion re 10 First MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Intervene filed by SOLENEX LLC. (Lechner, Steven) (Entered: 10/10/2013) |
| 10/16/2013 | 13 | | Unopposed MOTION to Stay by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, TOM VILSACK (Storey, Ruth) (Entered: 10/16/2013) |
| 10/22/2013 | | | MINUTE ORDER granting 10 Motion for Extension of Time to File Response re 9 MOTION to Intervene . It is hereby ORDERED that the motion is GRANTED and plaintiff's response is due 11/19/2013. Signed by Judge Richard J. Leon on 10/22/13. (lcrjl1, ) (Entered: 10/22/2013) |
| 11/01/2013 | | | MINUTE ORDER granting in part, nunc pro tunc, 13 Defendants' MOTION for a Stay of Case Management Order in Light of Lapse of Appropriations. It is hereby ORDERED that the motion is GRANTED nunc pro tunc to the extent it requests an extension for filings affected by the government shutdown; and it is further ordered that the filing deadline for the Joint Meet and Confer Statement is extended nunc pro tunc by 16 days. Signed by Judge Richard J. Leon on 11/1/2013. (lcrjl1, ) (Entered: 11/01/2013) |
| 11/08/2013 | 14 | | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Spuhler, Jessica) (Entered: 11/08/2013) |
| 11/13/2013 | 15 | | SCHEDULING ORDER: On or before December 15, 2013 defendants will deliver to plaintiff documents considered to be relevant. The parties will either submit a schedule governing further discovery or the parties will agree that the provided documents are comprehensive, obviating the need for additional discovery on or before 2/13/2014. SEE ORDER FOR FULL DETAILS. Signed by Judge Richard J. Leon on 11/10/13. (tb, ) (Entered: 11/13/2013) |
| 11/19/2013 | 16 | | Memorandum in opposition to re 9 MOTION to Intervene filed by SOLENEX LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Denying Motion to Intervene)(Lechner, Steven) (Entered: 11/19/2013) |

| 11/26/2013 | 17 | | REPLY to opposition to motion re 9 MOTION to Intervene filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY. (Preso, Timothy) (Entered: 11/26/2013) |
|---|---|---|---|
| 12/20/2013 | 18 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to SOLENEX LLC. Attorney Jessica J. Spuhler terminated. (Spuhler, Jessica) (Entered: 12/20/2013) |
| 02/13/2014 | 19 | | Joint MOTION to Stay *Proceedings for 56 Days* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 02/13/2014) |
| 03/03/2014 | | | MINUTE ORDER granting 19 Joint Motion to Stay Proceedings. It is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the above–captioned case is STAYED until April 10, 2014; and it is further ORDERED that on or before April 10, 2014, the parties shall file a status report with this Court suggesting how this case shall proceed. Signed by Judge Richard J. Leon on 3/3/2014. (lcrjl1, ) (Entered: 03/03/2014) |
| 03/04/2014 | | | Set/Reset Deadlines: Status Report due by 4/10/2014. (tb, ) (Entered: 03/04/2014) |
| 04/10/2014 | 20 | | STATUS REPORT *(JOINT)* by SOLENEX LLC. (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 04/10/2014) |
| 04/17/2014 | | | MINUTE SCHEDULING ORDER: Upon consideration of the parties' 20 Joint Status Report and Proposed Briefing Schedule, it is hereby ORDERED that the following schedule shall govern the above–captioned case: plaintiff shall file a motion for summary judgment on or before June 16, 2014;defendants shall file a cross–motion for summary judgment and a response to plaintiff's motion for summary judgment on or before July 28, 2014;plaintiff shall file a response to defendants' cross–motion for summary judgment and a reply to defendants' response on or before August 25, 2014;and defendants shall file a reply on or before September 22, 2014.SO ORDERED. Signed by Judge Richard J. Leon on 4/17/2014. (lcrjl1, ) (Entered: 04/17/2014) |
| 04/17/2014 | | | Set/Reset Deadlines: Cross Motions due by 7/28/2014. Response to Cross Motions due by 8/25/2014. Reply to Cross Motions due by 9/22/2014. Summary Judgment motions due by 6/16/2014. Response to Motion for Summary Judgment due by 7/28/2014. Reply to Motion for Summary Judgment due by 8/25/2014. (tb, ) (Entered: 04/17/2014) |
| 06/10/2014 | 21 | | MEMORANDUM AND OPINION denying 9 the motion of Blackfeet Headwaters Alliance, Glacier–Two Medicine Alliance, Montana Wilderness Association, National Parks Conservation Association, and the Wilderness Society to Intervene as Defendants. (Signed by Judge Richard J. Leon on 6/10/14.) (tj ) (Entered: 06/10/2014) |
| 06/10/2014 | 22 | | Consent MOTION for Extension of Time to *Extend All Deadlines in the Current Briefing Schedule by 21 Days* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 06/10/2014) |
| 06/13/2014 | | | |

| | | | MINUTE ORDER granting <u>22</u> Plaintiff's Unopposed Motion to Extend All the Deadlines in the Current Briefing Schedule by 21 Days. It is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the following schedule shall govern the above–captioned case: plaintiff shall file a motion for summary judgment on or before July 7, 2014; defendants shall file a cross–motion for summary judgment and a response to plaintiff's motion for summary judgment on or before August 18, 2014; plaintiff shall file a response to defendants' cross–motion for summary judgment and a reply to defendants' response on or before September 15, 2014; and defendants shall file a reply on or before October 13, 2014. SO ORDERED. Signed by Judge Richard J. Leon on 6/13/2014. (lcrjl1, ) (Entered: 06/13/2014) |
|---|---|---|---|
| 06/30/2014 | | | Reset Deadlines: Cross Motions due by 8/18/2014. Response to Cross Motions due by 9/15/2014. Reply to Cross Motions due by 10/13/2014. Summary Judgment motions due by 7/7/2014. Response to Motion for Summary Judgment due by 8/18/2014. Reply to Motion for Summary Judgment due by 9/15/2014. (tj ) (Entered: 06/30/2014) |
| 07/06/2014 | <u>23</u> | | Unopposed MOTION for Leave to File *an Appendix* by SOLENEX LLC (Attachments: # <u>1</u> Text of Proposed Order)(Lechner, Steven) (Entered: 07/06/2014) |
| 07/07/2014 | <u>24</u> | | MOTION for Summary Judgment by SOLENEX LLC (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Statement of Facts, # <u>3</u> Text of Proposed Order)(Lechner, Steven) (Entered: 07/07/2014) |
| 07/10/2014 | | | MINUTE ORDER granting <u>23</u> Plaintiff's Unopposed Motion for Leave to File an Appendix. It is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the appendix shall contain the documents cited or otherwise relied upon by the parties in their respective cross–motions for summary judgment; and it is further ORDERED that the appendix shall be prepared jointly by the parties and Plaintiff shall file the appendix within 14 days of the parties' final memorandum. Signed by Judge Richard J. Leon on 7/10/2014. (lcrjl1, ) (Entered: 07/10/2014) |
| 07/15/2014 | <u>25</u> | | MOTION for Leave to File *Amici Curiae Brief* by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY (Attachments: # <u>1</u> Text of Proposed Order)(Preso, Timothy) (Entered: 07/15/2014) |
| 07/28/2014 | <u>26</u> | | Unopposed MOTION for Leave to File *Amicus Curiae Brief* by Montana Petroleum Association (Attachments: # <u>1</u> Memorandum in Support Brief of Amicus Curiae Montana Petroleum Association, # <u>2</u> Text of Proposed Order)(Porter, James) (Entered: 07/28/2014) |
| 07/29/2014 | <u>27</u> | | NOTICE *of Errata Regarding Statement of Material Facts* by SOLENEX LLC (Lechner, Steven) (Entered: 07/29/2014) |
| 08/01/2014 | <u>28</u> | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>21</u> Memorandum & Opinion, by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY. Filing fee $ 505, receipt number 0090–3797872. Fee Status: Fee |

| | | | |
|---|---|---|---|
| | | | Paid. Parties have been notified. (Preso, Timothy) (Entered: 08/01/2014) |
| 08/04/2014 | 29 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 28 Notice of Appeal to DC Circuit Court. (znmw, ) (Entered: 08/04/2014) |
| 08/05/2014 | | | USCA Case Number 14–5193 for 28 Notice of Appeal to DC Circuit Court, filed by BLACKFEET HEADWATERS ALLIANCE, MONTANA WILDERNESS ASSOCIATION, GLACIER–TWO MEDICINE ALLIANCE, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY. (kb) (Entered: 08/06/2014) |
| 08/13/2014 | 30 | | Unopposed MOTION to Amend/Correct Set/Reset Deadlines, by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Storey, Ruth) (Entered: 08/13/2014) |
| 08/14/2014 | | | MINUTE ORDER Granting 30 Defendants' Unopposed Motion to Amend Briefing Schedule. The following schedule shall now apply: Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross–Motion for Summary Judgment is now due by 8/25/2014. Plaintiff's Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross–Motion for Summary Judgment is due by 9/22/2014. Defendants' Reply in Support of their Cross–Motion for Summary Judgment is due by 10/20/2014. Signed by Judge Richard J. Leon on 08/14/2014. (jth) (Entered: 08/14/2014) |
| 08/18/2014 | | | MINUTE ORDER granting 26 Motion for Leave to File. It is hereby ORDERED that the Motion to Appear as Amicus Curiae in Support of Plaintiff's Motion for Summary Judgment is GRANTED. It is further hereby ORDERED that the Clerk of Court shall file the submitted [26–1] Brief of Amicus Curiae the Montana Petroleum Association in Support of Plaintiff's Motion for Summary Judgment. Signed by Judge Richard J. Leon on 8/18/2014. (lcrjl1) (Entered: 08/18/2014) |
| 08/18/2014 | | | MINUTE ORDER granting in part 25 Motion for Leave to File. It is hereby ORDERED that the Motion of Blackfeet Headwaters Alliance, Glacier–Two Medicine Alliance, Montana Wilderness Association, National Parks Conservation Association, and The Wilderness Society, for Leave to File Brief as Amici Curiae in opposition to Plaintiff's summary judgment motion, is GRANTED. It is hereby further ORDERED that any such brief shall not exceed 20 pages and shall be due by 9/2/2014. Signed by Judge Richard J. Leon on 8/18/2014. (lcrjl1) (Entered: 08/18/2014) |
| 08/18/2014 | 31 | | AMICUS BRIEF by MONTANA PETROLEUM ASSOCIATION. (jf, ) (Entered: 08/18/2014) |
| 08/25/2014 | 32 | | Memorandum in opposition to re 24 MOTION for Summary Judgment *and in Support of Cross–Motion for Summary Judgment* filed by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Attachments: # 1 Statement of Material Facts, # 2 Bodily Declaration)(Storey, Ruth) (Entered: 08/25/2014) |
| 08/26/2014 | 33 | | |

| | | | |
|---|---|---|---|
| | | | Cross MOTION for Summary Judgment by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Storey, Ruth) (Entered: 08/26/2014) |
| 08/26/2014 | 34 | | ERRATA by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Attachments: # 1 Corrected Memorandum)(Storey, Ruth) (Entered: 08/26/2014) |
| 09/02/2014 | 35 | | MOTION for Leave to File *Brief Amicus Curiae in Support of Defendants* by Blackfeet Tribe (Attachments: # 1 Exhibit Proposed Amicus Brief in Support of Defendants)(McCoy, Melody) (Entered: 09/02/2014) |
| 09/02/2014 | 36 | | NOTICE of Appearance by Melody L. McCoy on behalf of Blackfeet Tribe (McCoy, Melody) (Entered: 09/02/2014) |
| 09/02/2014 | 37 | | Memorandum in opposition to re 24 MOTION for Summary Judgment *Amici Curiae Brief* filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY. (Attachments: # 1 Declaration Preso Declaration with Attachments)(Preso, Timothy) (Entered: 09/02/2014) |
| 09/03/2014 | | | MINUTE ORDER granting 35 Motion for Leave to File. It is hereby ORDERED that the Motion of Blackfeet Tribe for Leave to File Brief As Amicus Curiae in Support of Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment is GRANTED. It is further ORDERED that the Clerk of Court shall file the submitted [35–1] Brief of Amicus Curiae Blackfeet Tribe. Signed by Judge Richard J. Leon on 9/3/2014. (lcrjl1) (Entered: 09/03/2014) |
| 09/03/2014 | 38 | | AMICUS BRIEF by BLACKFEET TRIBE. (znmw, ) (Entered: 09/04/2014) |
| 09/22/2014 | 39 | | Memorandum in opposition to re 33 Cross MOTION for Summary Judgment filed by SOLENEX LLC. (Attachments: # 1 Exhibit Big Spring Letter, # 2 Statement of Facts Response to Defendants' Statement of Facts)(Lechner, Steven) (Entered: 09/22/2014) |
| 09/22/2014 | 40 | | REPLY to opposition to motion re 24 MOTION for Summary Judgment filed by SOLENEX LLC. (Attachments: # 1 Exhibit Big Spring Letter, # 2 Statement of Facts in Response to Defendants' Statement of Facts)(Lechner, Steven) (Entered: 09/22/2014) |
| 10/20/2014 | 41 | | ENTERED IN ERROR.....Unopposed MOTION for Extension of Time to File Response/Reply by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Storey, Ruth) Modified on 10/20/2014 (jf, ). (Entered: 10/20/2014) |
| 10/20/2014 | 42 | | Unopposed MOTION for Extension of Time to File Response/Reply *Corrected Date Requested* by WILLIAM AVEY, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Storey, Ruth) (Entered: 10/20/2014) |
| 10/20/2014 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 41 Unopposed MOTION for Extension of Time to File Response/Reply was |

| | | | |
|---|---|---|---|
| | | | entered in error and refiled by counsel. (See Docket Entry 42 to view document) (jf, ) (Entered: 10/20/2014) |
| 10/24/2014 | 43 | | REPLY to opposition to motion re 33 Cross MOTION for Summary Judgment filed by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Attachments: # 1 Second Bodily Declaration)(Storey, Ruth) (Entered: 10/24/2014) |
| 10/24/2014 | | | MINUTE ORDER granting nunc pro tunc 42 Motion for Extension of Time to File Response/Reply. It is hereby ORDERED that defendant's reply shall be due on October 24, 2014. Signed by Judge Richard J. Leon on 10/24/2014. (lcrjl1) (Entered: 10/24/2014) |
| 10/28/2014 | | | Set/Reset Deadlines: Reply due by 10/24/2014. (tb, ) (Entered: 10/28/2014) |
| 10/31/2014 | 44 | | ORDER of USCA as to 28 Notice of Appeal to DC Circuit Court, filed by BLACKFEET HEADWATERS ALLIANCE, MONTANA WILDERNESS ASSOCIATION, GLACIER–TWO MEDICINE ALLIANCE, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY ; USCA Case Number 14–5193. ORDERED that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The appellants are directed to file status reports at 60–day intervals beginning December 30, 2014. The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the district court proceedings in United States District Court for the District of Columbia. (kb) (Entered: 10/31/2014) |
| 11/07/2014 | 45 | | ADMINISTRATIVE RECORD *Appendix Vol. I, Part 1* by SOLENEX LLC. (Attachments: # 1 Appendix Vol. I, Part 2, # 2 Appendix Vol. I, Part 3, # 3 Appendix Vol. I, Part 4, # 4 Appendix Vol. I, Part 5, # 5 Appendix Vol. I, Part 6, # 6 Appendix Vol. I, Part 7, # 7 Appendix Vol. II, Part 1, # 8 Appendix Vol. II, Part 2, # 9 Appendix Vol. III, # 10 Appendix Vol. IV, Part 1, # 11 Appendix Vol. IV, Part 2, # 12 Appendix Vol. IV, Part 3)(Lechner, Steven) (Entered: 11/07/2014) |
| 04/30/2015 | 46 | | MOTION to Expedite *and/or for Oral Argument* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven). Added MOTION for Hearing on 5/1/2015 (znmw, ). (Entered: 04/30/2015) |
| 05/11/2015 | 47 | | NOTICE *in Response to Motion* by WILLIAM AVEY, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK re 46 MOTION to Expedite *and/or for Oral Argument* MOTION for Hearing (Storey, Ruth) (Entered: 05/11/2015) |
| 05/21/2015 | | | MINUTE ORDER granting 46 Motion for Hearing. It is hereby ORDERED that plaintiff's motion for oral argument is GRANTED. It is further ORDERED that oral argument on the parties' pending cross–motions for summary judgment be set for 6/10/2015 at 2:30 p.m. in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on 5/21/2015. (lcrjl1, ) (Entered: 05/21/2015) |
| 05/22/2015 | | | Set/Reset Hearings: Status Conference set for 6/10/2015 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (tb, ) (Entered: 05/22/2015) |

| | | | |
|---|---|---|---|
| 06/05/2015 | <u>48</u> | | NOTICE *of Filing Documents Omitted from the Appendix* by SOLENEX LLC re <u>45</u> Administrative Record, (Attachments: # <u>1</u> Appendix Vol. V, Part 1, # <u>2</u> Appendix Vol. V., Part 2, # <u>3</u> Appendix Vol. VI, Part 1, # <u>4</u> Appendix Vol. VI, Part 2, # <u>5</u> Appendix Vol. VII, Part 1, # <u>6</u> Appendix Vol. VII, Part 2)(Lechner, Steven) (Entered: 06/05/2015) |
| 06/10/2015 | | | Minute Entry: Motion Hearing held on 6/10/2015 before Judge Richard J. Leon: re <u>33</u> Cross MOTION for Summary Judgment filed by TOM TIDWELL, CAROL SHULL, THOMAS J. VILSACK, MIKE POOL, WILLIAM AVEY, SALLY JEWELL, FAYE KRUEGER, JAMIE CONNELL, <u>24</u> MOTION for Summary Judgment filed by SOLENEX LLC; motions heard and taken under advisement. (Court Reporter William Zaremba) (tb) (Entered: 06/11/2015) |
| 06/15/2015 | <u>49</u> | | TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS before Judge Richard J. Leon held on June 10, 2015; Page Numbers: 1–51. Date of Issuance: June 15, 2015. Court Reporter/Transcriber: William Zaremba; Telephone number: (202)354–3249; Court Reporter Email Address: WilliamPZaremba@gmail.com. |
| | | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | | Redaction Request due 7/6/2015. Redacted Transcript Deadline set for 7/16/2015. Release of Transcript Restriction set for 9/13/2015.(wz) (Entered: 06/15/2015) |
| 06/22/2015 | <u>50</u> | | NOTICE *of Filing 2014 BLM Map* by SOLENEX LLC (Attachments: # <u>1</u> Exhibit 2014 BLM Map)(Lechner, Steven) (Entered: 06/22/2015) |
| 06/22/2015 | <u>51</u> | | NOTICE by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Attachments: # <u>1</u> Letter)(Storey, Ruth) (Entered: 06/22/2015) |
| 07/27/2015 | <u>52</u> | | MEMORANDUM ORDER: It is hereby ordered that the plaintiff's <u>24</u> request that this Court directly order defendants to lift the suspension on plaintiff's lease, plaintiff's motion for summary judgment is DENIED IN PART; it is further ordered that, to the extent plaintiff request that this Court demand that defendants establish a schedule within which it will determined whether to lift the suspension of plaintiff's lease, plaintiff's motion for summary judgment is GRANTED IN PART; it is further ordered that defendant's <u>33</u> cross motion for summary judgment is DENIED. SEE ORDER FOR FULL DETAILS. Signed by Judge Richard J. Leon on 07/27/15. (tb) Modified on 7/27/2015 (tb). (Entered: 07/27/2015) |

| 08/17/2015 | 53 | | RESPONSE TO ORDER OF THE COURT re 52 Order on Motion for Summary Judgment,,,,, filed by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Storey, Ruth) (Entered: 08/17/2015) |
|---|---|---|---|
| 08/28/2015 | 54 | | RESPONSE re 53 Response to Order of the Court filed by SOLENEX LLC. (Attachments: # 1 Exhibit 2015.7.9 ACHP Letter, # 2 Exhibit 2015.7.14 Email, # 3 Exhibit 2015.7.21 USFS Letter)(Lechner, Steven) (Entered: 08/28/2015) |
| 09/18/2015 | | | MINUTE ORDER: Status Conference set for 10/6/2015 02:30 PM in Courtroom 18 before Judge Richard J. Leon. SO ORDERED – Judge Richard J. Leon on 09/18/15. (tb) (Entered: 09/18/2015) |
| 10/05/2015 | 55 | | NOTICE by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Attachments: # 1 Letter from Advisory Council on Historic Preservation)(Storey, Ruth) (Entered: 10/05/2015) |
| 10/06/2015 | | | Minute Entry: Status Conference held on 10/6/2015 before Judge Richard J. Leon: Order forthcoming. (Court Reporter William Zaremba) (tb) (Entered: 10/07/2015) |
| 10/07/2015 | 56 | | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Richard J. Leon held on October 6, 2015; Page Numbers: 1–30. Date of Issuance: October 7, 2015. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249; Transcripts may be ordered by submitting the Transcript Order Form.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/28/2015. Redacted Transcript Deadline set for 11/7/2015. Release of Transcript Restriction set for 1/5/2016.(wz) (Entered: 10/07/2015) |
| 10/08/2015 | 57 | | MEMORANDUM ORDER. Defendants memorandum is due by 11/23/2015, Plaintiffs memorandum in response is due by 12/4/2015. It is further ORDERED thereafter, the Court shall either approve or reject the defendants' schedule or order such further adjustments as appropriate. After the schedule of proceedings has been approved, the defendants will be required to adhere to it. Any alterations will require the approval of this court and the defendants will be required to explain any and all material failures to comply, which may possibly be remedied by a judicial order lifting the current suspension entirely. (See the Memorandum Order for Complete Details). Signed by Judge Richard |

| | | | |
|---|---|---|---|
| | | | J. Leon on 10/8/2015. (jth) (Entered: 10/08/2015) |
| 11/23/2015 | 58 | | NOTICE *of Response* by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK re 57 Order, Set Deadlines,,,, (Storey, Ruth) (Entered: 11/23/2015) |
| 12/02/2015 | 59 | | Joint MOTION to Stay *All Proceedings in this Case Until January 8, 2016* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 12/02/2015) |
| 12/03/2015 | 60 | | ORDER: Upon consideration of the parties' 59 Joint Motion to Stay All Proceedings in This Case Until January 8, 2016; it is hereby ordered that the motion is GRANTED. SEE ORDER FOR MORE DETAILS. Signed by Judge Richard J. Leon on 12/02/15. (tb) (Entered: 12/03/2015) |
| 01/07/2016 | 61 | | Unopposed MOTION to Continue *the Stay for Seven Days* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 01/07/2016) |
| 01/08/2016 | | | MINUTE ORDER granting 61 Unopposed Motion to Continue the Stay for Seven Days. It is hereby ORDERED that the Unopposed Motion to Continue the Stay for Seven Days is GRANTED. It is further ORDERED that all proceedings in this case are stayed until January 15, 2016. It is further ORDERED that: 1) Plaintiff's response to Defendants' November 23, 2015 memorandum is not due until seven days after the stay is lifted; 2) Defendants shall not finalize any action to cancel Solenex's lease until after the stay is lifted; 3) Either party may move to lift the stay prior to January 15, 2016; and 4) The parties shall file a joint status report on or before January 15, 2016, advising this Court of their recommendation(s) as to how this case should proceed. SO ORDERED. Signed by Judge Richard J. Leon on 01/08/2016. (lcrjl1, ) (Entered: 01/08/2016) |
| 01/14/2016 | | | Set/Reset Deadlines: Status Report due by 1/15/2016. (tb) (Entered: 01/14/2016) |
| 01/15/2016 | 62 | | Joint STATUS REPORT by SOLENEX LLC. (Lechner, Steven) (Entered: 01/15/2016) |
| 01/19/2016 | | | MINUTE ORDER. It is hereby ORDERED that the stay in the above–captioned case be lifted. Signed by Judge Richard J. Leon on 01/19/2016. (lcrjl1, ) (Entered: 01/19/2016) |
| 01/19/2016 | 63 | | RESPONSE re 58 Notice (Other) filed by SOLENEX LLC. (Lechner, Steven) (Entered: 01/19/2016) |
| 01/27/2016 | 64 | | MOTION to Strike 63 Response to Document *or in the Alternative for Leave to File Response* by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Storey, Ruth) (Entered: 01/27/2016) |
| 02/01/2016 | 65 | | Memorandum in opposition to re 64 MOTION to Strike 63 Response to Document *or in the Alternative for Leave to File Response* filed by SOLENEX LLC. (Lechner, Steven) (Entered: 02/01/2016) |
| 02/08/2016 | 66 | | REPLY to opposition to motion re 64 MOTION to Strike 63 Response to Document *or in the Alternative for Leave to File Response* filed by WILLIAM |

| | | | |
|---|---|---|---|
| | | | AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Storey, Ruth) (Entered: 02/08/2016) |
| 02/23/2016 | | | MINUTE ORDER granting in part and denying in part 64 Motion to Strike Response to Document or in the Alternative for Leave to File Response. It is hereby ORDERED that defendants' motion is GRANTED in part and that defendants shall file any response to plaintiff's response within 10 days of this order. It is further ORDERED that the motion is DENIED to the extent it seeks to strike plaintiff's response. It is further ORDERED that a status conference be set for March 10, 2016 at 12:00 p.m. in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on 02/23/2016. (lcrjl1, ) (Entered: 02/23/2016) |
| 02/24/2016 | | | Set/Reset Hearings: Status Conference set for 3/10/2016 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. (tb) (Entered: 02/24/2016) |
| 03/02/2016 | | | ENTERED IN ERROR....Set/Reset Hearings: Status Conference reset for 4/16/2016 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. (tb) Modified on 3/2/2016 (tb). (Entered: 03/02/2016) |
| 03/02/2016 | | | Set/Reset Hearings: Status Conference reset for 3/16/2016 at 12:00 PM in Courtroom 18 before Judge Richard J. Leon. (tb) (Entered: 03/02/2016) |
| 03/04/2016 | 67 | | RESPONSE *to Plaintiff's Response to Defendants' Nov. 23, 2015 Memorandum* filed by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Storey, Ruth) (Entered: 03/04/2016) |
| 03/16/2016 | | | Minute Entry: Status Conference held on 3/16/2016 before Judge Richard J. Leon. (Court Reporter William) (tb) (Entered: 03/17/2016) |
| 03/17/2016 | 68 | | NOTICE by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK (Attachments: # 1 Attachment 1)(Storey, Ruth) (Entered: 03/17/2016) |
| 03/17/2016 | 69 | | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Richard J. Leon held on March 16, 2016; Page Numbers: 1–12. Date of Issuance: March 17, 2016. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form. <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 4/7/2016. Redacted Transcript Deadline set for 4/17/2016. Release of Transcript Restriction set for 6/15/2016.(wz) (Entered: 03/17/2016) |
| 03/28/2016 | 70 | | NOTICE *of Intent to Move for Leave to File an Amended and Supplemental Complaint* by SOLENEX LLC (Lechner, Steven) (Entered: 03/28/2016) |
| 04/15/2016 | 71 | | First MOTION for Leave to File *an Amended and Supplemental Complaint* by SOLENEX LLC (Attachments: # 1 Exhibit proposed First Amended and Supplemental Complaint, # 2 Exhibit proposed Order)(Lechner, Steven) (Entered: 04/15/2016) |
| 04/29/2016 | 72 | | RESPONSE re 71 First MOTION for Leave to File *an Amended and Supplemental Complaint* filed by WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, FAYE KRUEGER, MIKE POOL, CAROL SHULL, TOM TIDWELL, THOMAS J. VILSACK. (Storey, Ruth) (Entered: 04/29/2016) |
| 05/05/2016 | | | MINUTE ORDER granting 71 Plaintiff's Motion for Leave to File an Amended and Supplemental Complaint. It is hereby ordered the motion is GRANTED, and that [71–1] Plaintiff's First Amended and Supplemental Complaint is deemed filed as of the date of this order. Signed by Judge Richard J. Leon on 05/05/2016. (lcrjl1, ) (Entered: 05/05/2016) |
| 05/05/2016 | 73 | | FIRST AMENDED AND SUPPLEMENTAL COMPLAINT against WILLIAM AVEY, JAMIE CONNELL, SALLY JEWELL, TOM TIDWELL, THOMAS J. VILSACK, MICHAEL CONNOR, NEIL KORNZE, ADEN L. SEIDLITZ, LEANNE MARTEN, STEPHANIE TOOTHMAN filed by SOLENEX LLC.(znmw) (Entered: 05/06/2016) |
| 05/10/2016 | 74 | | Second MOTION to Intervene by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY, PIKUNI TRADITIONALIST ASSOCIATION (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order, # 13 Proposed Answer, # 14 Disclosure of Corporate Affiliations and Financial Interests)(Preso, Timothy) (Entered: 05/10/2016) |
| 05/16/2016 | 75 | | ANSWER to 73 Amended Complaint by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, SALLY JEWELL, NEIL KORNZE, FAYE KRUEGER, LEANNE MARTEN, MIKE POOL, ADEN L. SEIDLITZ, CAROL SHULL, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK. Related document: 73 Amended Complaint filed by SOLENEX LLC.(Storey, Ruth) (Entered: 05/16/2016) |
| 05/27/2016 | 76 | | Memorandum in opposition to re 74 Second MOTION to Intervene filed by SOLENEX LLC. (Attachments: # 1 Exhibit Applicants' Motion to Stay Briefing, # 2 Exhibit Order Granting Motion to Stay Briefing)(Lechner, Steven) (Entered: 05/27/2016) |
| 06/01/2016 | 77 | | MOTION for Attorney Fees *and Expenses Under EAJA* by SOLENEX LLC (Attachments: # 1 Exhibit Longwell Declaration, # 2 Exhibit Lechner Declaration, # 3 Exhibit Solenex Expenses)(Lechner, Steven) (Entered: 06/01/2016) |

| 06/01/2016 | 78 | | Unopposed MOTION to Stay re 77 MOTION for Attorney Fees *and Expenses Under EAJA* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 06/01/2016) |
|---|---|---|---|
| 06/06/2016 | | | MINUTE ORDER granting 78 Unopposed Motion to Stay Proceedings Regarding Plaintiff's Application for an Award of Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). It is hereby ORDERED that the motion is GRANTED and that all EAJA proceedings in this case are stayed until further order of this Court. It is further ORDERED that either party may move to lift the stay, if necessary. Signed by Judge Richard J. Leon on 06/06/2016. (lcrjl1, ) (Entered: 06/06/2016) |
| 06/06/2016 | 79 | | REPLY to opposition to motion re 74 Second MOTION to Intervene filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. (Preso, Timothy) (Entered: 06/06/2016) |
| 06/20/2016 | 80 | | Unopposed MOTION for Extension of Time to File *Index to Administrative Record* by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, SALLY JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Storey, Ruth) (Entered: 06/20/2016) |
| 06/24/2016 | 81 | | Joint STATUS REPORT *and Proposed Briefing Schedule* by SOLENEX LLC. (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 06/24/2016) |
| 06/27/2016 | 82 | | ORDER re 81 Joint Status Report and Proposed Briefing Schedule filed by SOLENEX LLC: It is hereby ordered that the defendant's shall file an index to their administrative record due by 6/24/2016. Plaintiff shall file any motions to complete/supplement the administrative record. and/or for discovery beyond the administrative record. Plaintiff's summary judgment motion due by 8/26/2016. Defendant's Response/Cross Motion due by 9/26/2016. Plaintiff's Reply/Response to Cross Motion due by 10/26/2016. Defendant's Reply to Cross Motion due by 11/10/2016. Plaintiff's appendix containing portions of the administrative record cited or relied up by the parties due by 12/1/2016. It is further ordered that a date for oral argument on the parties' motions will be set in a subsequent order. Signed by Judge Richard J. Leon on 06/26/16. (tb) (Entered: 06/27/2016) |
| 07/05/2016 | 83 | | Unopposed MOTION to Amend/Correct *Scheduling Order* by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, SALLY JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Storey, Ruth) (Entered: 07/05/2016) |
| 07/07/2016 | | | MINUTE ORDER granting 83 Unopposed Motion to Amend Scheduling Order. It is hereby ORDERED that the motion is GRANTED. It is further ORDERED the schedule established in the Court's 82 Scheduling Order dated June 27, 2016 is modified as follows: Federal Defendants will file the final Index to the Administrative Record and will have provided the documents constituting the Administrative Record to Plaintiff's counsel on or before July |

| | | | |
|---|---|---|---|
| | | | 8, 2016; Plaintiff will file any motion seeking to complete or supplement the Administrative Record on or before August 12, 2016; Plaintiff will file its Motion for Summary Judgment on or before September 12, 2016. Signed by Judge Richard J. Leon on 07/07/2016. (lcrjl1, ) (Entered: 07/07/2016) |
| 07/08/2016 | 84 | | NOTICE *Of Filing Administrative Record Index* by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, SALLY JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Attachments: # 1 Eshibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Storey, Ruth) (Entered: 07/08/2016) |
| 07/08/2016 | | | Set/Reset Deadlines: Administrative Record due by 7/8/2016. Motion seeking complete or supplemental administrative record due by 8/12/2016. Summary Judgment motions due by 9/12/2016. (tb) (Entered: 07/08/2016) |
| 08/12/2016 | 85 | | Consent MOTION for Extension of Time to File *Motion to Complete/Supplement the Record* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 08/12/2016) |
| 08/12/2016 | | | MINUTE ORDER: Upon consideration of Plaintiff's Unopposed Motion for a Seven–Day Extension of Time to Move to Complete/Supplement the Administrative Record, and/or for Discovery Beyond the Administrative Record 85 , it is hereby ORDERED that the Motion is GRANTED and that the plaintiff shall have to and including 08/19/16 in which to move to complete/supplement the administrative record, and/or for discovery beyond the administrative record. Signed by Judge Richard J. Leon on 08/12/16. (lcrjl1, ) (Entered: 08/12/2016) |
| 08/14/2016 | | | Set/Reset Deadlines: Plaintiff shall have to and including 8/19/16 within which to move to complete/supplement the administrative record, and/or for discovery beyond the administrative record. (jth) (Entered: 08/14/2016) |
| 08/17/2016 | 86 | | Joint MOTION for Protective Order by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Attachments: # 1 Proposed Order)(Storey, Ruth) (Entered: 08/17/2016) |
| 08/19/2016 | 87 | | NOTICE *regarding Defendants' administrative record* by SOLENEX LLC (Lechner, Steven) (Entered: 08/19/2016) |
| 08/22/2016 | 88 | | PROTECTIVE ORDER: It is hereby ordered that the 86 Joint Motion for Protective Order is GRANTED and ORDERS that any references in briefs or other filings concerning the information in the listed reports will be filed under seal to preserve confidentially. Signed by Judge Richard J. Leon on 08/20/16. (tb) (Entered: 08/22/2016) |
| 09/12/2016 | 89 | | MOTION for Summary Judgment by SOLENEX LLC (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts)(Lechner, Steven) (Entered: 09/12/2016) |
| 09/15/2016 | 90 | | MOTION for Ruling on Motion to Intervene or Leave to File Brief as Amici Curiae by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, |

| | | | |
|---|---|---|---|
| | | | NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY (Attachments: # 1 Proposed Order)(Preso, Timothy) (Entered: 09/15/2016) |
| 09/19/2016 | 91 | | Unopposed MOTION for Leave to File *Amici Curiae Brief* by MONTANA PETROLEUM ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA (Attachments: # 1 Exhibit Proposed Brief of Amici Curiae Chamber of Commerce of the United States of America and the Montana Petroleum Association)(Porter, James) (Entered: 09/19/2016) |
| 09/23/2016 | 92 | | Unopposed MOTION for Extension of Time to File by JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Storey, Ruth) (Entered: 09/23/2016) |
| 09/26/2016 | | | MINUTE ORDER: Upon consideration of Defendants' Unopposed Motion for Extension of Time 92 , it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the following schedule will now govern the case: (1) On or before 10/03/16, defendants shall file their response to plaintiff's motion for summary judgment and their own motion for summary judgment and supporting memorandum; (2) On or before 11/02/16, plaintiff shall file its response to defendants' motion for summary judgment and its reply in support of its motion for summary judgment; (3) On or before 11/17/16, defendants shall file their reply in support of their motion for summary judgment; and (4) On or before 12/08/16, plaintiff shall file an appendix containing those portions of the administrative record cited or relied upon by the parties. Signed by Judge Richard J. Leon on 9/26/16. (lcrjl1) (Entered: 09/26/2016) |
| 09/28/2016 | | | Set/Reset Deadlines: Cross Motions due by 10/3/2016. Response to Cross Motions due by 11/2/2016. Reply to Cross Motions due by 11/17/2016. Response to Motion for Summary Judgment due by 10/3/2016. Reply to Motion for Summary Judgment due by 11/2/2016. Plaintiff shall file an appendix by 12/8/2016. (tb) (Entered: 09/28/2016) |
| 10/03/2016 | 93 | | Cross MOTION for Summary Judgment by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts)(Storey, Ruth) (Entered: 10/03/2016) |
| 10/03/2016 | 94 | | Memorandum in opposition to re 89 MOTION for Summary Judgment filed by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK. (See Docket Entry 93 to view document). (znmw) (Entered: 10/04/2016) |
| 10/07/2016 | 95 | | NOTICE of Appearance by Joel William West Williams on behalf of BLACKFEET TRIBE (Williams, Joel) (Entered: 10/07/2016) |
| 10/07/2016 | 96 | | MOTION for Leave to File *Amicus Curiae Brief* by BLACKFEET TRIBE (Attachments: # 1 Exhibit)(Williams, Joel) (Entered: 10/07/2016) |
| 10/10/2016 | 97 | | MOTION for Leave to File Amicus Brief in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Federal Defendants' Motion for Summary Judgment by BLACKFEET HEADWATERS ALLIANCE, |

| | | | |
|---|---|---|---|
| | | | GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Preso, Timothy) Modified on 10/11/2016 (znmw). (Entered: 10/10/2016) |
| 10/27/2016 | 98 | | Unopposed MOTION for Briefing Schedule *To Be Amended* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 10/27/2016) |
| 11/10/2016 | 99 | | Memorandum in opposition to re 93 Cross MOTION for Summary Judgment filed by SOLENEX LLC. (Lechner, Steven) (Entered: 11/10/2016) |
| 11/10/2016 | 100 | | REPLY to opposition to motion re 89 MOTION for Summary Judgment filed by SOLENEX LLC. (Lechner, Steven) (Entered: 11/10/2016) |
| 11/16/2016 | | | MINUTE ORDER: Upon consideration of plaintiff's Unopposed Motion to Amend the Briefing Schedule 98 , it is hereby ORDERED that the Motion is GRANTED nunc pro tunc and the following schedule is adopted: (1) On or before 11/10/16, plaintiff shall have filed its response to defendants' motion for summary judgment and its reply in support of its motion for summary judgment; (2) On or before 12/01/16, defendants shall file their reply in support of their motion for summary judgment; and (3) On or before 12/22/16, plaintiff shall file an appendix containing those portions of the administrative record cited or relied upon by the parties. Signed by Judge Richard J. Leon on 11/16/16. (lcrjl1) (Entered: 11/16/2016) |
| 11/17/2016 | | | Set/Reset Deadlines: Plaintiff's response to defendants' motion for summary judgment and reply in support of its motion for summary judgment is due by 11/10/2016; Defendants reply in support of their cross–motion for summary judgment is due by 12/1/2016; Plaintiff shall file an appendix containing those portions of the administrative record cited or relied upon by the parties by 12/22/2016. (jth) (Entered: 11/17/2016) |
| 11/28/2016 | 101 | | Unopposed MOTION for Extension of Time to File Response/Reply by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Storey, Ruth) (Entered: 11/28/2016) |
| 11/28/2016 | | | MINUTE ORDER: Upon consideration of the Second Motion to Intervene 74 , it is hereby ORDERED that the applicants' Motion for as–of–right intervention is GRANTED. It is further ORDERED that the Motion for Ruling 90 and Motion to File Brief 97 are also GRANTED, and defendant–intervenors' proposed brief [97–1] is deemed filed. It is further ORDERED that the briefing schedule is amended as follows: Plaintiff may file a supplemental brief responding to defendant–intervenors' brief within 14 days of the filing of this minute order, and defendant's and defendant–intervenors' replies in support of defendant's motion for summary judgment shall be filed within 28 days of the filing of this minute order. Defendant's Unopposed Motion for Extension of Time 101 is therefore DISMISSED as MOOT. SO ORDERED. Signed by Judge Richard J. Leon on 11/28/16. (lcrjl1) (Entered: 11/28/2016) |
| 11/28/2016 | | | |

| | | | |
|---|---|---|---|
| | | | MMINUTE ORDER: Upon consideration of the Motion by the United States Chamber of Commerce and the Montana Petroleum Association for Leave to Appear as Amici Curiae 91 , it is hereby ORDERED that the Motion is GRANTED and that the proposed amici curiae brief is deemed filed. Signed by Judge Richard J. Leon on 11/28/16. (lcrjl1) (Entered: 11/28/2016) |
| 11/28/2016 | | | MMINUTE ORDER: Upon consideration of the Motion of Blackfeet Tribe for Leave to File Brief as Amicus Curiae 96 , it is hereby ORDERED that the Motion is GRANTED and that the proposed amicus curiae brief is deemed filed. Signed by Judge Richard J. Leon on 11/28/16. (lcrjl1) (Entered: 11/28/2016) |
| 11/28/2016 | 102 | | ANSWER to 73 Amended Complaint by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. Related document: 73 Amended Complaint filed by SOLENEX LLC.(znmw) (Entered: 11/29/2016) |
| 11/28/2016 | 103 | | Corporate Disclosure Statement by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. (znmw) (Entered: 11/29/2016) |
| 11/28/2016 | 104 | | Memorandum in opposition to re 89 MOTION for Summary Judgment filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. (znmw) (Entered: 11/29/2016) |
| 11/28/2016 | 105 | | AMICUS BRIEF by CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, MONTANA PETROLEUM ASSOCIATION. (znmw) (Entered: 11/29/2016) |
| 11/28/2016 | 106 | | AMICUS BRIEF by BLACKFEET TRIBE. (znmw) (Entered: 11/29/2016) |
| 12/06/2016 | 107 | | Unopposed MOTION for Briefing Schedule *To Be Amended* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven) (Entered: 12/06/2016) |
| 12/07/2016 | 108 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Aurora R. Janke, :Firm– Earthjustice, :Address– 313 East Main St. Bozeman, MT 59715. Phone No. – 406–586–9699. Fax No. – 406–586–9695 Filing fee $ 100, receipt number 0090–4767709. Fee Status: Fee Paid. by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY (Attachments: # 1 Declaration of Aurora R. Janke, # 2 Proposed Order)(Preso, Timothy) (Entered: 12/07/2016) |
| 12/10/2016 | | | MINUTE ORDER: Upon consideration of plaintiff's Unopposed Motion to Amend the Briefing Schedule 107 , it is hereby ORDERED that the Motion is GRANTED and that the following schedule shall govern the remaining briefing in this case: (1) On or before 12/16/16, plaintiff shall file a |

| | | | |
|---|---|---|---|
| | | | supplemental brief in opposition to defendant–intervenors' brief; (2) on or before 01/06/17, defendants and defendant–intervenors shall file their reply briefs; and (3) on or before 01/20/17, plaintiff shall file an appendix containing those portions of the administrative record cited or relied upon by the parties. Signed by Judge Richard J. Leon on 12/10/16. (lcrjl1) (Entered: 12/10/2016) |
| 12/10/2016 | | | MINUTE ORDER: Upon consideration of the Unopposed Motion of Aurora R. Janke to Appear Pro Hac Vice 108 , it is hereby ORDERED that the Motion is GRANTED and that Aurora R. Janke is admitted pro hac vice in this matter. Signed by Judge Richard J. Leon on 12/10/16. (lcrjl1) (Entered: 12/10/2016) |
| 12/12/2016 | | | Set/Reset Deadlines: Supplemental brief due by 12/16/2016. Response due by 1/6/2017. Reply due by 1/20/2017. (tb) (Entered: 12/12/2016) |
| 12/16/2016 | 109 | | SUPPLEMENTAL MEMORANDUM re 104 Memorandum in Opposition, filed by SOLENEX LLC. (Lechner, Steven) Modified event title on 12/19/2016 (znmw). (Entered: 12/16/2016) |
| 12/20/2016 | 110 | | MANDATE of USCA as to 28 Notice of Appeal to DC Circuit Court, filed by BLACKFEET HEADWATERS ALLIANCE, MONTANA WILDERNESS ASSOCIATION, GLACIER–TWO MEDICINE ALLIANCE, NATIONAL PARKS CONSERVATION ASSOCIATION, WILDERNESS SOCIETY ; USCA Case Number 14–5193. (Attachments: # 1 USCA Order 14–5193)(td) (Entered: 12/20/2016) |
| 12/20/2016 | 111 | | NOTICE of Appearance by Marissa Ann Piropato on behalf of WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Piropato, Marissa) (Entered: 12/20/2016) |
| 01/06/2017 | 112 | | REPLY to opposition to motion re 93 Cross MOTION for Summary Judgment filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. (Attachments: # 1 Exhibit)(Preso, Timothy) (Entered: 01/06/2017) |
| 01/06/2017 | 113 | | REPLY to opposition to motion re 93 Cross MOTION for Summary Judgment filed by WILLIAM AVEY, JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, FAYE KRUEGER, LEANNE MARTEN, MIKE POOL, ADEN L. SEIDLITZ, CAROL SHULL, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK. (Most, John) (Entered: 01/06/2017) |
| 01/19/2017 | 114 | | ADMINISTRATIVE RECORD *Appendix Vol. VIII, Part 1* by SOLENEX LLC. (Attachments: # 1 Appendix Vol. VIII, Part 2, # 2 Appendix Vol. VIII, Part 3, # 3 Appendix Vol. VIII, Part 4, # 4 Appendix Vol. VIII, Part 5)(Lechner, Steven) (Entered: 01/19/2017) |
| 01/23/2017 | 115 | | ADMINISTRATIVE RECORD *Appendix Vol. IX, Part 1* by SOLENEX LLC. (Attachments: # 1 Appendix Vol. IX, Part 2, # 2 Appendix Vol. IX, Part 3, # 3 Appendix Vol. IX, Part 4, # 4 Appendix Vol. IX, Part 5, # 5 Appendix Vol. IX, Part 6, # 6 Appendix Vol. IX, Part 7, # 7 Appendix Vol. IX, Part 8, # 8 Appendix Vol. IX, Part 9, # 9 Appendix Vol. IX, Part 10, # 10 Appendix Vol. |

| | | | |
|---|---|---|---|
| | | | IX, Part 11, # 11 Appendix Vol. IX, Part 12, # 12 Appendix Vol. IX, Part 13, # 13 Appendix Vol. IX, Part 14, # 14 Appendix Vol. IX, Part 15)(Lechner, Steven) (Entered: 01/23/2017) |
| 01/23/2017 | 116 | | ADMINISTRATIVE RECORD *Appendix Vol. X, Part 1* by SOLENEX LLC. (Attachments: # 1 Appendix Vol. X, Part 2, # 2 Appendix Vol. X, Part 3, # 3 Appendix Vol. X, Part 4, # 4 Appendix Vol. X, Part 5, # 5 Appendix Vol. X, Part 6, # 6 Appendix Vol. X, Part 7, # 7 Appendix Vol. X, Part 8)(Lechner, Steven) (Entered: 01/23/2017) |
| 02/28/2017 | 117 | | NOTICE *of Filing (i) declarations certifying supplements to the administrative record, and (ii) supplemental indices to the administrative record,* by JAMIE CONNELL, MICHAEL CONNOR, S. M. R. JEWELL, NEIL KORNZE, LEANNE MARTEN, ADEN L. SEIDLITZ, TOM TIDWELL, STEPHANIE TOOTHMAN, THOMAS J. VILSACK (Attachments: # 1 Exhibit BLM certifying declaration, # 2 Exhibit Forest Service certifying declaration)(Most, John) (Entered: 02/28/2017) |
| 03/29/2017 | | | MINUTE ORDER: In light of the Court's prior 06/16/16 minute order granting Unopposed Motion to Stay Proceedings Regarding Plaintiff's Application for an Award of Attorney's Fees and Expenses 78 , it is formally ORDERED that Plaintiff's Application for an Award of Attorney's Fees 77 is held in abeyance until further order of this Court. As noted in the Court's prior Minute Order, either party may move to have the Court lift the stay. Signed by Judge Richard J. Leon on 03/29/17. (lcrjl1) (Entered: 03/29/2017) |
| 05/19/2017 | 118 | | NOTICE of Appearance by John S. Most on behalf of S. M. R. JEWELL (Most, John) (Entered: 05/19/2017) |
| 05/19/2017 | 119 | | NOTICE of Appearance by Clare Marie Boronow on behalf of All Defendants (Boronow, Clare) (Entered: 05/19/2017) |
| 05/22/2017 | 120 | | NOTICE *to Clerk of Automatic Substitution of Parties Defendant in accord with Fed. R. Civ. P. 25(d)* by S. M. R. JEWELL (Most, John) (Entered: 05/22/2017) |
| 05/31/2017 | 121 | | MOTION to Expedite *and/or for Oral Argument* by SOLENEX LLC (Attachments: # 1 Text of Proposed Order)(Lechner, Steven). Added MOTION for Hearing (Oral Argument) on 6/1/2017 (znmw). (Entered: 05/31/2017) |
| 06/13/2017 | 122 | | RESPONSE re 121 MOTION to Expedite *and/or for Oral Argument* MOTION for Hearing filed by TOM TIDWELL, RYAN ZINKE. (Most, John) (Entered: 06/13/2017) |
| 06/13/2017 | 123 | | RESPONSE re 121 MOTION to Expedite *and/or for Oral Argument* MOTION for Hearing filed by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. (Janke, Aurora) (Entered: 06/13/2017) |
| 07/07/2017 | 124 | | NOTICE *of Filing Declaration Certifying Supplements to Forest Service Administrative Record* by RYAN ZINKE (Attachments: # 1 Vaculik declaration with attached indices)(Most, John) (Entered: 07/07/2017) |
| 09/26/2017 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER: It is hereby ORDERED that the stay in the proceedings regarding plaintiff's application for an award of attorney's fees and expenses under the Equal Access to Justice Act be lifted. It is further ORDERED that, upon consideration of 77 Plaintiff's Application for an Award of Attorney's Fees and Expenses Under the Equal Access to Justice Act, the motion is DISMISSED WITHOUT PREJUDICE. If appropriate, plaintiff may reconstitute and refile its motion following resolution of the remaining claims in this case. Signed by Judge Richard J. Leon on 09/26/2017. (lcrjl1) (Entered: 09/26/2017) |
| 02/07/2018 | 125 | | NOTICE *of filing of map supplementing administrative record and of certifying declaration* by RYAN ZINKE (Attachments: # 1 Exhibit Map, # 2 Exhibit Certifying Declaration)(Most, John) (Entered: 02/07/2018) |
| 02/26/2018 | | | MINUTE SCHEDULING ORDER. It is hereby ORDERED that a motions hearing on 89 Plaintiff's Motion for Summary Judgment and 93 Federal Defendants' Cross–Motion for Summary Judgment shall be held on March 14, 2018 at 3:30 PM in Courtroom 18 before Judge Richard J. Leon. SO ORDERED. Signed by Judge Richard J. Leon on 2/26/2018. (lcrjl1) (Entered: 02/26/2018) |
| 03/14/2018 | | | Minute Entry for Proceedings held before Judge Richard J. Leon: Motions Hearing held on 3/14/2018 re: 89 Motion for Summary Judgment filed by Plaintiff SOLENEX LLC, and 93 Cross Motion for Summary Judgment filed by Federal Defendants' RYAN ZINKE, ET AL., Both Motions 89 93 were Heard and Taken Under Advisement. (Court Reporter: William P. Zaremba) (jth) (Entered: 03/14/2018) |
| 04/03/2018 | 126 | | TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS before Judge Richard J. Leon held on March 14, 2018; Page Numbers: 1–50. Date of Issuance: April 3, 2018. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the c ourt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/24/2018. Redacted Transcript Deadline set for 5/4/2018. Release of Transcript Restriction set for 7/2/2018.(wz) (Entered: 04/03/2018) |
| 05/01/2018 | 127 | | MOTION to Withdraw as Attorney by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA |

| | | | |
|---|---|---|---|
| | | | WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY (Attachments: # 1 Text of Proposed Order)(Janke, Aurora) (Entered: 05/01/2018) |
| 05/04/2018 | | | MINUTE ORDER granting 127 Motion to Withdraw as Attorney for Defendant–Intervenors by AURORA R. JANKE. It is hereby ORDERED that Attorney AURORA R. JANKE's appearance in this matter is terminated. SO ORDERED. By Judge Richard J. Leon on 5/4/2018. (jth) (Entered: 05/04/2018) |
| 05/04/2018 | 128 | | NOTICE of Appearance by William Perry Pendley on behalf of SOLENEX LLC (Pendley, William) (Entered: 05/04/2018) |
| 05/10/2018 | 129 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to SOLENEX LLC. Attorney Steven James Lechner terminated. (Pendley, William) (Entered: 05/10/2018) |
| 09/24/2018 | 130 | 36 | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 9/24/2018. (jth) (Entered: 09/24/2018) |
| 09/24/2018 | 131 | 52 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiff's 89 Motion for Summary Judgment is GRANTED; it is further ORDERED that defendants' 93 Cross–Motion for Summary Judgment is DENIED; and it is further ORDERED that plaintiff's lease be reinstated. SO ORDERED. Signed by Judge Richard J. Leon on 9/24/2018. (jth) (Entered: 09/24/2018) |
| 11/20/2018 | 132 | | ENTERED IN ERROR.....NOTICE *of Appeal to the United States Court of Appeals for the D.C. Circuit* by WILLIAM AVEY, JAMES E. CASON, MICHAEL D. NEDD, GEORGE E. PERDUE, III, JON RABY, RYAN ZINKE (Most, John) Modified on 11/20/2018 (jf). (Entered: 11/20/2018) |
| 11/20/2018 | 133 | 33 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 131 Order on Motion for Summary Judgment,,, 130 Memorandum & Opinion by BLACKFEET HEADWATERS ALLIANCE, GLACIER–TWO MEDICINE ALLIANCE, MONTANA WILDERNESS ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, PIKUNI TRADITIONALIST ASSOCIATION, WILDERNESS SOCIETY. Filing fee $ 505, receipt number 0090–5801285. Fee Status: Fee Paid. Parties have been notified. (Preso, Timothy) (Entered: 11/20/2018) |
| 11/20/2018 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 132 Notice of Appeal was entered in error and counsel was instructed to refile said pleading using the Appeal Event Category. (jf) (Entered: 11/20/2018) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SOLENEX, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-993-RJL |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN ZINKE, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PIKUNI TRADITIONALIST | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

## NOTICE OF APPEAL BY DEFENDANT-INTERVENORS
## PIKUNI TRADITIONALIST ASSOCIATION, ET AL.

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(3), notice is hereby given that Pikuni Traditionalist Association, Blackfeet Headwaters Alliance, Glacier-Two Medicine Alliance, Montana Wilderness Association, National Parks Conservation Association, and The Wilderness Society, Defendant-Intervenors in Case No. 13-CV-993-RJL, hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order entered on September 24, 2018 (ECF Nos. 130 and 131).

Respectfully submitted this 20th day of November, 2018.

/s/ Timothy J. Preso
Timothy J. Preso (D.C. Bar No. 456531)
Earthjustice
313 E. Main St.
Bozeman, MT 59715
T: 406.586.9699
F: 406.586.9695
E: tpreso@earthjustice.org

*Attorney for Defendant-Intervenors Pikuni Traditionalist Association et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Timothy J. Preso
Timothy J. Preso

SOLENEX LLC,            )
                               )
     Plaintiff,         )
                               )
     v.              )       Civil Case No. 13-0993 (RJL)
                               )
SALLY JEWELL et al.,    )
                               )
     Defendants.    )
                               )

**FILED**

**SEP 2 4 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

(September 24, 2018) [Dkts ## 89, 93]

Plaintiff Solenex LLC ("Solenex"), the holder of a federal oil and gas lease in Montana, brings suit against the Secretary of the Interior, the Secretary of Agriculture, the Director of the Bureau of Land Management, the Chief of the Forest Service, and several other subordinate federal officials (collectively, "federal defendants" or "the Government") relating to the Government's cancellation of its lease after suspending all oil and gas drilling and extraction activity on that lease for more than thirty years. *See* First Amend. Compl. [Dkt. # 73] ¶¶ 3–13, 99–115. Plaintiff seeks declaratory and injunctive relief, including that this Court vacate the cancellation and reinstate the lease, based on federal defendants' alleged violations of the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq. See* First Amend. Compl. ¶¶ 116–158. Before this Court are the parties' Cross-Motions for Summary Judgment. *See* Pl.'s Motion for Summary Judgment [Dkt. #89] ("Pl.'s Mot."); Defs.' Cross-Motion for Summary Judgment [Dkt. # 93] ("Defs.' Mot.").

For the following reasons, the Court GRANTS the plaintiff's motion for summary judgment and DENIES the defendant's cross-motion for summary judgment.

**BACKGROUND**

### I.     Regulatory Landscape

Plaintiff Solenex seeks declaratory and injunctive relief for federal defendants' alleged violations of the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq.*, by cancelling the Solenex lease after holding it in suspension for more than thirty years. Plaintiff raises several independent reasons for finding that federal defendants acted unlawfully: (1) federal defendants lack authority to cancel the lease both because the Secretary exceeded his authority and because his cancellation was arbitrary and capricious, (2) the cancellation is time barred by a statutory limitations period or, alternatively, the doctrine of laches, (3) defendants are estopped from cancelling the lease by a pattern of conduct treating the lease as valid, and (4) the lease was properly issued in compliance with NEPA and the NHPA. A brief overview of these is in order.

First, plaintiff argues that the Department of Interior's ("Interior") authority to administratively cancel a lease is limited under the Mineral Leasing Act of 1920 ("MLA"). 30 U.S.C. §§ 181–287. The MLA governs the Secretary of Interior's (hereinafter "the Secretary") authority to issue leases for "[a]ll lands subject to disposition under this Act which are known or believed to contain oil or gas deposits." *Id.* § 226(a). Pursuant to the MLA, the Secretary may also cancel those leases if the lease is (1) "in violation of the MLA, unless the current leaseholder is a bona fide purchaser," *id.* § 184(h)(1), (h)(2); (2) "when a lessee has violated the statute, regulations, or the lease itself, *id.* § 188(a); or (3)

2

"where the lessee is in violation of lease provisions after at least 30-days' notice" and the lease is a non-producing lease, *id.* § 188(b). Interior has also promulgated its own regulations allowing for administrative cancellation of leases under certain conditions. *See* 43 C.F.R. § 3108.5. Namely, that the Secretary can cancel leases for either (1) the lessee's failure "to comply with any of the provisions of the law, the regulations issued thereunder, or the lease" after notice and 30 days to cure, 43 C.F.R. § 3108.3(a), or (2) the agency's determination that the lease was "improperly issued." *Id.* § 3108.3(d).

As asserted by federal defendants, one of the ways in which a lease can be "improperly issued" and therefore subject to administrative cancellation is by non-compliance with either the National Environmental Policy Act ("NEPA") or the National Historic Preservation Act ("NHPA"). Defs.' Mot. at 27–29. NEPA requires that agencies take a "hard look" at the environmental consequences, *Robertson v. Methow Valley Citizens Council*, 490 U.S. 332, 350 (1989), of "major Federal actions" that "significantly affect [] the quality of the human environment." 42 U.S.C. § 4332(C); 40 C.F.R. §§ 150.3, 1501.4(c).[1] Nevertheless, an "agency is not constrained by NEPA from deciding that other values outweigh the environmental costs." *Robertson*, 490 U.S. at 350. NHPA, for its part, requires that the agency "take into account the effect of [an] undertaking on any historic

---

[1] As our Circuit has held, "NEPA's requirements vary based on the type of agency action in question*." City of Phoenix, Arizona v. Huerta*, 869 F.3d 963, 971 (D.C. Cir. 2017), *opinion amended on reh'g*, 881 F.3d 932 (D.C. Cir. 2018). It is well settled that only "[a]ctions with significant environmental effects require a full environmental-impact statement" and that "[a]ctions with impacts that are not significant or are unknown require a briefer environmental assessment." *Id.* at 971–72.

property." 54 U.S.C. §§ 300308, 306108. This requires that the agency consult with the Advisory Council of Historic Preservation ("ACHP"). *See id.* NHPA consultation is usually considered adequate where the acting agency has "visited the site [and] consulted with the preservation authorities" before concluding there will be no adverse impact on the historic property. *Duncan's Point Lot Owners Ass'n Inc. v. F.E.R.C.*, 522 F.3d 371, 377 (D.C. Cir. 2008); *cf. Nat'l Parks Conservation Ass'n v. United States*, 177 F. Supp. 3d 1 (D.D.C. 2016) (permitting mineral development in a designated NHPA historic district after the Forest Service conducted an environmental assessment but not a full-blown environmental impact statement). Importantly, while both of these statutes require agencies to follow certain procedures to gather information to help assist with decision-making, they do not themselves impose substantive requirements with respect to the outcome of that decision-making. *See, e.g.*, *Sierra Club v. Federal Energy Regulatory Commission*, 867 F.3d 1357, 1367 (D.C. Cir. 2017) ("NEPA directs agencies only to look hard at the environmental effects of their decisions, and not to take one type of action or another.") (internal quotation marks omitted); *id.* ("[NEPA] is primarily information-forcing"); *Delaware Riverkeeper Network v. F.E.R.C.*, 753 F.3d 1304, 1310 (D.C. Cir. 2014) ("NEPA is 'essentially procedural' and designed to ensure 'fully informed and well-considered decision[s]' by federal agencies) (quoting *Vt. Yankee Nuclear Power Corp. v. NRDC*, 435 U.S. 519, 558 (1978)); *Nat'l Mining Ass'n v. Fowler*, 324 F.3d 752, 755 (D.C. Cir. 2003) ("An essentially procedural statute, [NHPA] imposes no substantive standards on agencies, but it does require them to solicit the Council's comments and to take into account the effect of their undertakings.") (internal citation omitted).

4

Any agency action can be set aside under the APA where it is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). As articulated by the Supreme Court, "[t]he scope of review under the 'arbitrary and capricious' standard is narrow and a court is not to substitute its judgment for that of the agency." *Motor Vehicle Mfrs. Ass'n of the United States, Inc. v. State Farm Mut. Auto. Ins. Co.* ("State Farm")*, 463 U.S. 29, 43 (1983). Nevertheless, even an action that is within the agency's statutory authority may still be arbitrary and capricious if the agency fails to exhibit reasoned decision-making. *See Encino Motorcars, LLC v. Navarro*, 136 S. Ct. 2117, 2126 (2016) ("'Unexplained inconsistency' in agency policy is 'a reason for holding an interpretation to be an arbitrary and capricious change from agency practice...'"); *Am. Wild Horse Pres. Campaign v. Perdue*, 873 F.3d 914, 923 (D.C. Cir. 2017) ("A central principle of administrative law is that, when an agency decides to depart from decades-long past practices and official policies, the agency must at a minimum acknowledge the change and offer a reasoned explanation for it."). It is through this lens that I view the Bureau of Land Management's relatively recent decision to cancel the Solenex lease for purported pre-lease violations of NEPA and NHPA after holding it in suspension for over *three decades*!

## II.    Procedural History

The circumstances underlying this case date back to May 24, 1982, when the Bureau of Land Management ("BLM") approved federal oil and gas Lease M-53323 to Solenex's predecessor, Sidney M. Longwell ("Longwell"). *See* Statement of Material Facts in

5

Support of Pls.' Mot. for Summary Judgment ("PSOF")[2] ¶¶ 11–21. BLM issued the lease after conducting a 165-page Environmental Assessment ("1981 EA") covering nearly 200 pending leases in the Badger Two Medicine ("Badger-Two") area of the Lewis and Clark National Forest in cooperation with the United States Forest Service ("Forest Service"). *Id.* ¶¶ 1–9. The 1981 EA considered the effects on the environment of various alternatives to leasing, including "no action" alternatives. *See id.* ¶¶ 4, 5. In addition to the EA, the Forest Service also engaged in American Indian Religious Freedom Act consultation with the Blackfeet Tribe. *Id.* ¶ 4. Ultimately, the Forest Service issued a Decision Notice ("DN") and Finding of No Significant Impact ("FONSI"), *id.* ¶ 6, approving "Alternative 3" which conditionally granted leases "with surface occupancy...only for accessible areas that could be protected" and provided that "[a]fter lease issuance, any proposed oil and gas activities would be fully analyzed under NEPA." *Id.* ¶ 5.

Longwell subsequently assigned his lease to a company called Fina in June 1983. *Id.* In November of that year, Fina submitted an Application for Permit to Drill ("APD") an exploratory well to BLM. *Id.* Two years later, after considering the adverse environmental effects of approving the APD, the Forest Service issued a 318-page EA ("1985 EA") evaluating and ultimately *approving* it. *Id.* ¶ 30. The 1985 EA expressly incorporated the earlier 1981 EA approving the lease itself. The 1985 EA also documented consultation with other agencies required by law, *id.* ¶ 29, and with the Blackfeet Tribe.

---

[2] Plaintiff's Statement of Material Facts ("PSOF") cites to the Administrative Record ("AR") [Dkt. #45]. For ease of citation, the paragraphs cited in this opinion are the relevant paragraphs in PSOF that contain undisputed facts supported by documents in the administrative record.

*See id.* ¶ 30. The Forest Service expressly found that the APD would not affect the Tribe's reserved rights in the ceded strip and that "[n]o religious sites or activities were identified in the project area…" *Id.* On an administrative appeal, the IBLA upheld the approval but remanded for further consideration of four issues. *Id.* ¶¶ 31–32. Despite the approval of the Fina APD, in 1993 BLM suspended the lease for further environmental assessments. *Id.* BLM then suspended the lease every year after that for nearly twenty years. *Id.*

Solenex brought this suit in 2013 against the Secretary of the Interior, the Secretary of Agriculture, the Director of the Bureau of Land Management, the Chief of the Forest Service, and several other subordinate federal officials relating to the suspension of all oil and gas drilling and extraction activity on that lease. *See generally* First Amend. Compl. [Dkt. # 1]. On July 27, 2015, this Court partially granted Solenex's motion for summary judgment on federal defendants' suspension of its lease, finding that defendants' 29-year delay in reviewing the suspended lease constituted unreasonable delay under the APA. *See* 7/27/15 Order Granting Partial Summary Judgment to Solenex LLP ("7/27/15 Order") [Dkt. #52]. Accordingly, I ordered defendants to submit, within 21 days, a "proposed accelerated schedule" of the remaining tasks to be completed in the administrative process. *Id.* at 5.

On August 17, 2015, defendants submitted a proposed schedule, *see* Defs.' Response to Order of the Court ("Defs.' Response") [Dkt. # 53], that I found deficient in several respects, including that: (1) it proposed that defendants have until July 15, 2017 to complete compliance under NEPA and lift the suspension on the lease; and (2) it lacked any explanation as to why this much time is necessary to determine whether—after 33

7

years and four APD approvals—the lease was "improperly issued" under 43 C.F.R. § 3108.3(d). *See* 10/8/15 Mem. Order [Dkt. # 57] at 3; *see also* Transcript of 10/6/15 Proceeding [Dkt. # 56]. As such, I rejected defendants' proposal as unreasonable and subsequently ordered defendants to determine by November 23, 2015 whether to initiate the process for cancellation of the Solenex lease. *See* 10/8/15 Mem. Order at 3.

In November of 2015, defendants informed me that they had decided to initiate the process for cancellation of plaintiff's lease. *See* Defs.' Notice of Response [Dkt. # 58]. After a period initially agreed to, where the case was stayed pending settlement discussions, *see* Joint Motion to Stay All Proceedings [Dkt. # 59], the defendants finalized their cancellation of the lease on March 17, 2016. *See generally* Defs.' Notice of Cancellation [Dkt. # 68]. As a basis for cancelling the lease, defendants concluded that the original Solenex lease, as well as other leases issued in the Badger-Two Medicine area,[3] were issued in violation of NEPA and the NHPA. *Id.* at 13. Thus, I now must review the lawfulness of defendants' cancellation of the Solenex lease.

### Analysis

I.    **The Court Need Not Resolve Whether *Boesche* Grants the Secretary Unlimited Cancellation Authority**

Under Federal Rule of Civil Procedure 56(a), summary judgment shall be granted to the moving party "if the movant shows that there is no genuine dispute as to any material fact." Fed. R. Civ. P. 56(a). Because this case challenges a final agency action under the

---

[3] Also before this court is a challenge to the Secretary's cancellation of the lease previously held by plaintiff W.A. Moncrief. *See W.A. Moncrief v. Department of Interior et al.*, Civil Case No. 17-cv-609 (D.D.C.).

APA—the termination of plaintiff's lease—to determine whether summary judgment is warranted I must determine "whether the agency acted within the scope of its legal authority,... explained its decision, ... relied [on facts that] have some basis in the record, and ... considered the relevant factors." *Fund for Animals v. Babbitt*, 903 F. Supp. 96, 105 (D.D.C. 1995). Here, I consider whether the Department of Interior, through the Secretary, acted reasonably in cancelling the Solenex lease after more than *thirty* years for an alleged pre-lease error.

As a preliminary matter, the parties disagree on the legal basis and scope of the Secretary's authority to administratively cancel leases. Defendants argue that 43 U.S.C. § 2 authorizes the Secretary to "perform...all executive duties...in anywise respecting ...public lands," including to "correct [an] error []" of her predecessor. *See* Defs.' Mot. at 23 (quoting *Boesche v. Udall*, 373 U.S. 472, 478 (1963)). In other words, defendants argue, the Secretary has the inherent authority to administratively cancel leases. Defendants base this argument on the Supreme Court's decision in *Boesche* to uphold the Secretary's cancellation of a lease that was "defective because it failed to include an adjoining 40-acre tract under application by another party." *Id.* at 484. Reviewing the legislative history of the MLA, the *Boesche* court observed that "[i]t would thus be surprising to find in the Act, which was intended to expand, not contract, the Secretary's control over the mineral lands of the United States, a restriction on the Secretary's power to cancel leases issued through administrative error—a power which was then already firmly established." *Id.* at 481. As such, defendants read into *Boesche* a recognition by the

9

Supreme Court of the Secretary's broad lease-cancellation authority, at lease for pre-lease errors.

Plaintiff, on the other hand, argues that the MLA does not grant such broad cancellation authority, *see* Pl.'s Mot. at 9, nor does *Boesche* sanction the authority to "cancel a lease for alleged mistakes made by the BLM decades earlier." *Id.* at 14. Plaintiff represents that the Secretary in *Boesche* argued only for the "authority to forfeit or cancel leases for violations occurring *after lease issuance*," not for pre-lease violations. *Id.* at 15. And the Secretary's post-lease cancellation authority, plaintiff maintains, would still require that the Secretary institute a judicial proceeding for lease cancellation pursuant to 30 U.S.C. § 188(a) rather than cancel the lease administratively. *Id.*

Not surprisingly, this topic has been both debated in lower courts across the country, and has never been squarely resolved by our Circuit.[4] To be sure, "administrative agencies are assumed to possess at least some inherent authority to revisit their prior decisions, at least if done in a timely fashion." *Ivy Sports Med., LLC v. Burwell*, 767 F.3d 81, 86 (D.C. Cir. 2014). But at the same time, "Congress...undoubtedly can limit an agency's discretion to reverse itself" with statutory language. *Id.* (quoting *New Jersey v. EPA*, 517 F.3d 574, 583 (D.C. Cir. 2008)).[5] Thankfully, I need not resolve the scope of

---

[4] *But cf. Silver State Land, LLC v. Scheider*, 843 F.3d 982, 990 (D.C. Cir. 2016) (upholding the Secretary's authority to terminate a land sale *before* the land patent was issued observing in dicta that the Supreme Court had condoned the authority to cancel a patent post-issuance as well).

[5] Lower courts remain split on whether or not Congress has indeed limited the scope of the Secretary's authority under the MLA. *Compare Griffin & Griffin Expl., LLC v. United States*, 116 Fed. Cl. 163, 176 (2014) ("The Secretary of the Interior has the authority to cancel any oil and gas lease issued in violation of the Mineral Leasing Act and

the Secretary's authority here because this case turns on its unique facts.  And the undisputed facts are these: the Secretary of Interior canceled Solenex's lease after 33 years *without* notice and based on a supposed pre-lease violation of NEPA and NHPA which had never been disclosed to Solenex as a leaseholder.  Additionally, the Secretary cancelled Solenex's 27-year old APD after twice approving it and similarly giving *no* indication that the underlying lease was invalid.  As such, even assuming the authority to administratively cancel leases, the failure to consider the reliance interests at stake in cancelling plaintiff's lease and the accompanying APD after three decades is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" under the APA for all of the reasons below.  5 U.S.C. § 706(2)(A); *Rempfer v. Sharfstein*, 583 F.3d 860, 865 (D.C. Cir. 2009) (courts must review "whether the agency acted arbitrarily or capriciously").

### III.  The Secretary's Decision to Cancel the Solenex Lease Was Arbitrary and Capricious

An agency action is "arbitrary and capricious if the agency has relied on factors which Congress has not intended it to consider, entirely failed to consider an important aspect of the problem, [or] offered an explanation for its decision that runs counter to the

---

implementing regulations or for administrative errors committed prior to the issuance of the lease.") *and Grynberg v. Kempthorne*, No. 06-cv-01878, 2008 WL 2445564, at *4 (D. Colo. June 16, 2008) ("[I]n *Boesche* [], the Supreme Court confirmed that the Secretary's 'general powers of management over the public lands' gives him 'authority to cancel [a] lease administratively for invalidity at its inception.'") (internal citation omitted) *with Douglas Timber Operators, Inc. v. Salazar*, 774 F. Supp. 2d 245 (D.D.C. 2011) (Bates, J.) (Noting that "[*Boesche's*] ruling was expressly limited to 'the exigencies of the general situation and the circumstances of this particular case' and noted that judicial safeguards were in place to 'not open the door to administrative abuses.'") (internal citation omitted).

11

evidence before the agency." *State Farm*, 463 U.S. at 43. "The scope of review under the 'arbitrary and capricious' standard is narrow and a court is not to substitute its judgment for that of the agency." *Id.* "In other words, the question is not what [the Court] would have done, nor whether [the Court] agree[s] with the agency action," but "whether the agency action was reasonable and reasonably explained." *Ams. for Clean Energy v. EPA*, 864 F.3d 691, 726 (D.C. Cir. 2017) (internal quotation marks omitted).

The reasonableness of an agency's decision to rescind a lease must be judged in light of the time that has elapsed and the resulting reliance interests at stake.[6] As I previously noted in my order granting partial summary judgment to Solenex for the 30-year suspension of its lease, Courts in our Circuit have long-held that unreasonable agency delay violates the APA. *See* 7/27/15 Order at 3 (quoting *Nader v. F.C.C.*, 520 F.2d 182, 206 (D.C. Cir. 1975)) ("[t]here comes a point when relegating issues to proceedings that go on without conclusion in any kind of reasonable time frame is tantamount to refusing to address the issues at all and the result is a denial of justice"). The same logic applies here. Even if agencies have the power to rescind decisions made by their predecessors, they must still exercise that power within a reasonable amount of time. An unreasonable amount of time to *correct* an alleged agency error, especially where the record shows that error was readily discoverable from the beginning, violates the APA. Here, I find that the Secretary's

---

[6] Indeed, "federal courts are generally less likely to accord an agency the inherent power to reconsider…when the agency has not reconsidered its decision within a reasonable time period…" Daniel Bress, *Administrative Reconsideration*, 91 Va. L. Rev. 1737, 1748 (2005).

"eleventh-hour interpretation of his duty is owed no great degree of deference." *Texas Oil and Gas Corp v. Watt*, 683 F.2d 427, 431 (D.C. Cir. 1982).

In *Watt*, our Circuit reversed the district court's approval of the Secretary of Interior's decision to cancel leases issued on military lands, reasoning that the cancellation was arbitrary and capricious. *Id.* The court reasoned that the Secretary could not rescind the leases based on newly-discovered violations of a later-in-time law passed by Congress. *Id.* While the issue in *Watt* was the Secretary's mistaken belief that he was *required* to cancel the lease for pre-lease errors, rather than *permitted* to do so as defendants argue here, the circumstances are similar insofar as the court refused to sanction "a retroactive exercise of discretion to which it is impossible to ascribe any rational purpose." *Id.* at 434. In particular, our Circuit emphasized the reliance interests at stake, observing that:

> "Persons affected by statutes implemented by agency discretion would not know where to look to determine when and to what extent the status quo had been altered. And we cannot allow an agency to ignore a statutory amendment for a time and later claim, as here, that regulations based on the unamended statute render void any actions taken in accordance with the clear language of the amended statute. An agency possessed of discretion may exercise it or not; but it may not exercise it and then take back its action on the ground that, based on the duty to adhere to its own regulations irrespective of what the statute says, it lacked the discretion in the first place."

*Id.* at 433–34.

As I noted in my previous order granting partial judgment to Solenex for the multi-decade suspension of its lease, "I could not find a single example where agency action was as egregiously delayed as the 29 years at issue here." *See* 7/27/15 Order at 3 n.1. Agency delay of course has a practical effect: it creates reliance interests. This is particularly true in the context of agency *reconsideration* of its decision to grant plaintiff certain interests,

13

and "such reconsideration must be timely." *Prieto v. United States,* 655 F. Supp. 1187, 1191 (D.D.C. 1987) (finding that agency rescission of trust status to an Indian land grant after nine months was arbitrary and capricious); *see also Am. Wild Horse Pres. Campaign,* 873 F.3d at 928 (finding that agency rescission of wild horse territory designation after twenty years without explanation was arbitrary and capricious).

In *Prieto,* the district court considered the rescission of a land grant after nine months under both APA and estoppel claims. The Court found that the agency action was unreasonable under both legal theories: (1) the agency "abused its discretion and acted arbitrarily and capriciously in upholding the revocation of plaintiff's trust status," and (2) "the Department of Interior is estopped by its own conduct from revoking this trust status." *Id.* at 1188.[7]

Here, federal defendants not only failed to consider the reliance interests at stake, they dismissed them out of hand. Federal defendants appear to argue that no time-period, *however long,* would prove too attenuated to reconsider the issuance of a lease under newly discovered legal theories. Defs.' Mot. at 7–9. Horsefeathers! Even putting aside the thirty years defendants supposedly spent trying to discover the lawfulness or unlawfulness of

---

[7] In viewing the estoppel argument, the *Prieto* court found that plaintiff had met the six-element test necessary for a Government estoppel claim by demonstrating that agency error in issuing the land grant had created reliance interests that prevented the Department of Interior from revoking the trust status of the land after nine months. *Id.* at 1188–95. As the court put it, "[w]hether it is asserted against a private party or the government, the essence of equitable estoppel is fairness. In the instant case...the Department of Interior has dealt far less than fairly with plaintiff." *Id.* at 1195. While I need not reach plaintiff's estoppel argument here, this case certainly presents similar concerns with the basic fairness which citizens should expect from federal agencies.

their own actions, this "wait and see" approach—though convenient from a policy perspective—wreaks havoc on the interests of individual leaseholders. "In administrative law, as elsewhere, two wrongs do not make a right." *Am. Wild Horse Pres. Campaign*, 873 F.3d at 928. As such, the defendants' failure here to consider plaintiff's reliance interests constituted "arbitrary and capricious" agency action.[8]

Moreover, the Secretary's cancellation of Solenex's lease, *without notice*, is precisely the sort of action which "undermine[es] the Government's credibility at the bargaining table and increase[es] the cost of its engagements." *United States v. Winstar Corp.*, 518 U.S. 839, 884 (1996) (plurality opinion). As plaintiff notes, it is well-established that the federal government, when it executes an oil and gas lease under the MLA, enters into a contract which is governed by the same "basic contract principles" as

---

[8] I also note that defendants apparently ignored the discretion with which agencies apply procedural statutes like NEPA and NHPA as part of the consultation process. *See, e.g.*, *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24 (2008) (noting that the issuance of a detailed, 293-page EA served the same purpose as an EIS of taking a "hard look at environmental consequences"); *Myersville Citizens for a Rural Cmty., Inc. v. F.E.R.C.*, 783 F.3d 1301, 1322–26 (D.C. Cir. 2015) (upholding "[the] Commission's consideration of the [proposed] alternative in its Environmental Assessment [as] adequate"); *Duncan's Point*, 522 F.3d at 377 (noting that our Circuit "has upheld agency determinations not to prepare an EIS" in several instances); *City of Grapevine, Tex. v. Dep't of Transp.*, 17 F.3d 1502, 1509 (D.C. Cir. 1994) (finding no violation of the NHPA where agency approved a project before consulting with the ACHPA because the project "was expressly conditioned upon completion of the § 106 process"). However, I need make no finding on whether there was in fact compliance with NEPA or NHPA. Regardless of the lawfulness of the lease's issuance thirty years ago, the agency's rescission of the lease must still comply with the APA. *See, e.g.*, *Am. Wild Horse Pres. Campaign*, 873 F.3d at 928 ("we cannot condone the correction of one error by the commitment of another") (quoting *Gray v. Mississippi*, 481 U.S. 648, 663 (1987)) (internal quotation marks omitted).

15

private contracting parties. *Mobil Oil Expl. & Producing Se., Inc. v. United States*, 530 U.S. 604, 607, 609 (2000). As such, the Government's contractual duties "are governed generally by the law applicable to contracts between private individuals." *Id.* at 607; *see also Franconia Assocs. v. United* States, 536 U.S. 129, 141 (2002). The Government's fulfillment of its contractual duties requires it to act in good faith. It did not do so here!

Because I find a violation of the APA on the grounds above, I need not reach Solenex's additional arguments that the Secretary's cancellation was equitably estopped or was time barred by the statute of limitations. I also need not reach the issue of whether Solenex was a bona fide purchaser for purposes of protection under the MLA.

## CONCLUSION

For the reasons outlined in this opinion, I find that defendants' decision to cancel the Solenex lease was arbitrary and capricious. Thus, for all of the reasons outlined in this opinion, plaintiff's Motion for Summary Judgment [Dkt. # 89] is GRANTED, defendants' Cross-Motion for Summary Judgment [Dkt. # 93] is DENIED, and this case is remanded to the Department of Interior with the order that the Solenex lease be reinstated.

RICHARD J. LEON
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



**FILED**

SEP 2 4 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SOLENEX LLC,  )
       )
 Plaintiff,   )
       )
 v.      )  **Civil Case No. 13-0993 (RJL)**
       )
SALLY JEWELL et al., )
       )
 Defendants.  )
       )

## ORDER
(September **24**, 2018) [Dkts ## 89, 93]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. # 89] is **GRANTED**; it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment [Dkt. # 93] is **DENIED**; and it is further

**ORDERED** that plaintiff's lease be reinstated. **SO ORDERED.**

RICHARD J. LEON
United States District Judge

17