UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOLENEX LLC,

        Plaintiff

v.

DEB HAALAND, in her Official
Capacity as Secretary of the Interior,
et al.

        Defendants.

Civil Case No. 13-993 (RJL)

**ORDER**

September 9th, 2022 [Dkts. # 156, 162, 164]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. # 156] is **GRANTED**; it is further

**ORDERED** that defendant-intervenors' Motion for Summary Judgment [Dkt. # 162] is **DENIED**; it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment [Dkt. # 164] is **DENIED**.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge