IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLENEX LLC,<br><br>    Plaintiff,<br><br> v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>and<br><br>PIKUNI TRADITIONALIST ASSOCIATION, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 13-cv-993-RJL |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above case hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court entered in this action on September 9, 2022 (ECF No. 182), granting Plaintiff's motion for summary judgment and denying Defendants' cross-motion for summary judgment, and from the associated Memorandum Opinion entered on September 9, 2022 (ECF No. 181).

Respectfully submitted this 15th day of November 2022.

                TODD KIM
                Assistant Attorney General
                United States Department of Justice
                Environment and Natural Resources Division

                */s/ Paul A. Turcke*
                PAUL A. TURCKE (Idaho Bar # 4759)
                Trial Attorney
                Natural Resources Section

P.O. Box 7611
Washington, D.C. 20044
(202) 353-1389
paul.turcke@usdoj.gov

*Counsel for Defendants*